Exhibit 1

# Exhibit 1





ADX Exterior