Exhibit 2

# Exhibit 2





ADX General Population Cell