Exhibit 7

# Exhibit 7



Michael Bacote