Exhibit 9

# Exhibit 9



Ernest Shaifer