Exhibit 10

# Exhibit 10



Jeremy Pinson