Exhibit 11

# Exhibit 11



Keli Narducci