# Exhibit 12

# Exhibit 12



Jack Powers