# Exhibit 13

# Exhibit 13



Marcellus Washington