# Exhibit 14

# Exhibit 14



William Sablan, with his daughter April