# Exhibit 15

# Exhibit 15



Jaison Leggett