# Exhibit 16

# Exhibit 16



David Shelby