Exhibit 17

# Exhibit 17



Herbert Perkins, Jr.