IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 12-cv-01570-PAB

MICHAEL BACOTE, et al.,

    Plaintiffs,

v.

FEDERAL BUREAU OF PRISONS, et al.,

    Defendants.

## ORDER OF RECUSAL

This matter is before me on review of the file. In my prior position as an Assistant United States Attorney in the U.S. Attorney's Office for the District of Colorado, I represented the United States in *United States v. William Concepcion Sablan*, Case No. 00-cr-00531-WYD, which resulted in the conviction and subsequent incarceration in ADX of William Sablan, named as an "Interested Individual" in the Complaint. As a result, pursuant to 28 U.S.C. § 455, it is necessary that I recuse myself from this case. It is therefore

ORDERED that the judge's file be returned to the clerk's office for the case be reassigned by random draw.

DATED June 19, 2012.

                              BY THE COURT:

                              s/Philip A. Brimmer
                              PHILIP A. BRIMMER
                              United States District Judge