IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-01570-RPM

MICHAEL BACOTE,
HAROLD CUNNINGHAM,
JOHN W. NARDUCCI, JR.,
JEREMY PINSON, and
ERNEST NORMAN SHAIFER,
Each individually and on behalf of all others similarly situated,

    Plaintiffs,
vs.

FEDERAL BUREAU OF PRISONS,
CHARLES E. SAMUELS, JR.
NEWTON E. KENDIG,
PAUL M. LAIRD,
BLAKE R. DAVIS, and
DAVID A. BERKABILE,

    Defendants.

_____

ORDER DENYING MOTION TO INTERVENE
_____

On June 25, 2012, Jonathan Jolie filed a pleading designated Motion to Intervene as Plaintiff under Fed.R.Civ.P. Rule 24(A)2, 24(B), [7]. The plaintiffs filed their response on June 26, 2012. The motion to intervene fails to state a basis to permit intervention as a named plaintiff in this case and it is therefore

ORDERED that the motion to intervene is denied.

DATED:   July 12th, 2012

                              BY THE COURT:

                              s/Richard P. Matsch
                              _____
                              Richard P. Matsch, Senior Judge