FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 12 2012

JEFFREY P. COLWELL
CLERK

10.9.12

to: Office of the Court

From Michael Bacote JR

I am writing this letter to the Court, because my Lawyers From Arnold & Porter Law Firm <u>Ed Aro</u> And The Washington Lawyer Committee For Civil Rights and Urban Affairs <u>Deborah M. Golden</u> has file a Lawsuit in my name (Michael Bacote v. F.B.O.P) and the website is <u>SupermaxLawsuit.com</u>. But I have Requested to them to send me a copy of the lawsuit and by law I suppose to get copy of everything, go or be file in Court. Also the agreement Ed Aro had me to sign I do not agree with it Because at one Point he are telling every Body that he are taking this case (Pro Bono) which means Free and then at so point in the agreement he are saying that he will ask the Court For Attorney Fees so if he ask the court for attorney fees then he not taking the case Pro Bono? there for I am Requested to the court to have my name Removed From the Lawsuit Please Thank you. Also I dont know what he file in that lawsuit and I dont agree with it also he Better not ask the court for no money Because thats not a part of our agreement. He taking this case "Pro Bono" which he Dont get no money

Michael Bacote P.S I have the Agreement. Remove my name From the Lawsuit Thank you