Warren Daniel Clinton
(88766-020)
U.S. Penitentiary Max
P.O. Box 8500
Florence, Colo. [No Zip Code in the Republic]

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 1 5 2012

JEFFREY P. COLWELL
CLERK

October 7th 2012

Office of the Clerk
United States District Court
Alfred A. Arraj Courthouse
901-19th St. Room A 105
Denver, Colo. [No Zip Code in the Republic]

"Lodged quoad hoc"

Subject: BACOTE v. FEDERAL BUREAU OF PRISONS

Dear Sir/Ma'am:

Greeting,

May this letter find you doing well, and in good spirits.

Approximately six months ago, some other prisoners (Hostages) here at the Federal penitentiary in Florence Colorado, known as "A.D.X.", discovered that, the Attorney, Mr. Edwin P. Aro, bar # 18698, of the law firm of ARNOLD & PORTER LLP, Suite 4500 370 Seventeenth Street, Denver, Colo...... was (and still is) misrepresenting himself to us, on false pretenses, with intentions to defraud, whereas, Mr. Aro (and other attorneys), did solicit many prisoners here —

at the A.D.X., in Joining in, in the above mentioned law Suit, now known as BACOTE v. BOB., misleading many of the prisoners into believing that they (we), would receive some type of benefit on the outcome and conclusion of this law suit,... using manipulative, and coercional tactics, Mr. Aro enticed many prisoners to sign up with his law Firm to be clients, and enticed many to sign an engagement letter,... knowing full well, that, many of the prisoners here, could not (and cannot) understand the legal jargon, and or the effects, and or ramifications, as to what they were signing.

Not long after meeting with Mr. Aro, I immediatly sent him a certified affidavit, letting him, and his lawfirm know, that I am being perfectly clear and unequivocal in my intentions that, neither he, nor any attorney associated with ARNOLD K PORTER (Also the Washington lawyers Association) are representing me in any capacity whatsoever, and that, any and all relationship(s), we may of had (and or do have) is hereby Terminated. Both, Lamarcus Lee ~~Gilbert~~ Hillard (a/k/a) Walter Lee Gilbert, and I Sent Mr. Aro these certified affidavits, and have since refused any and all mails from Mr. Ed Aro, and his law Firm, returning these mails unopened.

Also, Mr. Ed Aro was informed, that Mr. Hillard and I are expatriated, and are no longer citizens, nor are we domiciled-

in any state (whereas, we are "Stateless"), and do not meet any of the Federal Questions, and or deversity requirements that are needed under U.S.C. Title 28, §1331; 1332; 1333 to qualify as a proper party to a law suit, and, we are unable to participate in this law suit due to jurisdictional grounds.

Currently, Some of the other prisoners that are involved in this law suit, Such as, BACOTE, have sought out my attention on these matters, and have inquired from me, what I know about Mr. Ed Aro, and what's really going on with this law suit, because they are now suspecting that Mr. Ed Aro (and the other attorneys) are not being honest with them concerning the details of this law suit, nor are the attorney(s) engaged in full disclosure of whats going on in the lawsuit, and feel as though, they too are somehow being defrauded. As a matter of fact, it has been brought to my attention, that Mr. Ed Aro, will not even give his clients a copy of the law suit that was filed.

These issues are very concerning to Mr. Hillard and I, because, if Mr. Aro is not even giving his clients a copy of the law suit, obviously he is hiding something, ... and, Lamarcus Lee Hillard (Walter Lee Gilbert) and I, would like to know exactly what it is he is hiding, because, we are very concerned, that, Mr. Ed Aro has disregarded our intentions to Terminate the Client/Attorney relationship, and-

is attempting to represent us through means of deception, in an attempt to have us participate in a lawsuit that we want nothing to do with, in an attempt to defraud us.

Mr. Ed Aro, is very much aware, that Mr. Hillard and I, are the two traders on the "Credit Default Swap Derivatives" that the bank, J.P. Morgan Chase, lost several billion dollars to, not to long ago, and, Mr. Hillard and I believe that Mr. Ed Aro, and the law Firm of ARNOLD & PORTER, were hired by the J.P. Morgan Chase bank, and, were Sent here to this A.D.X., to covertly identify prisoners (Hostages) such as Mr. Hillard and I, that have become a liability on the bank, and to manipulate us into representing us on the, BALOTE, lawsuit, so that they could act as our attorney, pretending to act in our best interest, but, quietly, behind the scenes, kill the liability that we have set against the bank, all the while, stringing us along, as if they are working for our benefit, but, actually robbing us.

Some of us believe that, Mr. Ed Aro, has done just this, to one of his clients, named Dawane Arthur Mallett, whereas, Mr. Mallett, (that also had liability on the bank), had, fifteen "Credit Default Swap Derivatives" mysteriously "EXPUNGED", Also known as, "Federal Bureau of Prisons Incident Reports".

I'm letting the court know right now, that, neither Lamorcus Lee Hillard (a/k/a Walter Lee Gilbert), nor I, want to be a part of the law suit of BACOTE v. B.O.P., nor do we want to be represented by Mr. Ed Aro in any capacity whatsoever, nor do we want to be represented by any licensed attorney for that matter, and, we are currently lodging several complaints against Mr. Ed Aro, with the Colorado bar association, and the Securities and Exchange Commission, along with the Director of National Intelligence.

I, Warren Daniel Clinton, Sui generis, Freeholder, Sovereign Real Party in Interest, Stateless, Foreign personal Intervenor for the deceased Ens Legis, WARREN DANIEL CLINTON, do hereby acknowledge, attest, and affirm, that the statements made herein this letter to the Clerk of the court, is true and correct to the best of my knowledge and belief.

Done by my hand, this 7th day of October, in the Year of my Lord, 2012.

_Warren Daniel Clinton_/Alien
"Sovereign"; "Stateless"; "Supranatural";
"Supralegal"; "Supreme Court Justice";
"Court of First and Last Resort".

I, Warren Daniel Clinton, do hereby certify that this is a True and Correct copy of the Original.