FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 0 5 2012

JEFFREY P. COLWELL
CLERK

Warren Daniel Clinton
(88766-020)
U.S. Penitentiary A.D.X.
P.O. Box 8500
Florence, Colo. 81226-8500

October 31st 2012

Office of The Clerk
United States District Court
Alfred A. Arraj Courthouse
901 - 19th St. Room A105
Denver, Colo. 80294-3589

Ref: BACOTE v. FEDERAL BUREAU OF PRISONS.

Dear Sir / Ma'am:

It has recently come to several of the prisoners attention here at A.D.X., that, this particular law suit of BACOTE v. F.B.O.P., is nothing more than a Fraud, and a Sham.

The particular attorney heading up this law suit, Mr. Edwin P. Arow, started soliciting many prisoners here at A.D.X. approximately nine or ten months ago through the U.S. mail, stating that he is interested in visiting with many of us prisoners that are housed here, because he is interested in initiating an investigation into the medical / psychological issues and conditions here.

.. Mr. Aro and his associates spent a lot of time interviewing
.. several prisoners over the months, giving off an impression
.. that he was here to assist them, in all actuallity, Mr. Aro was
.. (is) working undercover, whereas, he is interviewing prisoners
.. so that he could hand pick particular prisoners to participate
.. in this law suit, .. that are of very poor education, and know
.. very little (if any) about the law, .. and, some of them, cannot
.. even read, ... doing so, because, Mr. Aro has an agenda that
.. on appears to be of their benefit, but, really, he is trying to
.. obtain a judgment by the courts by Fraud, deception, and
.. Fraudulent concealment, and needs particular prisoners on this
.. law suit that will not interfere with the Fraud he is trying
.. to conduct on the courts. Matter of Fact, Mr. Aro is not
.. even giving any of his so called clients, a copy of the law
.. suit, and has lied to other attorney(s) when asked if he
.. did give them a law suit.

 Here is the scheme, (Pretty much in a nut shell, so to speak
.. that is)- There are three prisoners here at this A.D.X., Mr.
.. Dawane Arthur Mallett; Mr. Walter Lee Gilbert (a/k/a Lamarcus
.. Lee Hillard, and me, .. that have pretty much woken up to how
.. the system really works. We have spent some years doing
.. nothing but studying the law, and we have done things, such
.. as expatriated and put our habeas corpuses in to be free, within
.. the "Alien Terrorist Removal Court" in Washington D.C., and we
.. have studied the banking laws, and have used those laws to —

..Set a lot of liability on commercial instruments, Such as the B.O.P.
..Incident Reports (a/k/a "Credit Default Swap Derivatives") ect. ect,
..and, we are the traders on the recent loss of the J.P. Morgan Chase
..bank (Billions of dollars worth).

..         Obviously, what Ed Aro (and some others) are doing, is
..that, he has come in here to the A.D.X. on False grounds, to gain
..the prisoners' trust, under bad Faith, so that he could deceive
..them into participating in a mental illness lawsuit, So that Ed
..Aro could trick the courts into issuing an order to have a psych
..unit placed here at A.D.X. and, with a psych unit, comes a psych
..team (psychiatrists).

..         Once they have this in place, any prisoner here at A.D.X. that
..even remotely starts talking about using the Uniform Commercial
..Code as a remedy, and or, using the particular habeas corpuses
..that we are using to get out of prison, well, these prisoners
..will automatically be labeled as having some type of mental
..illness and moved to the psych unit, whereas <u>their</u> psychs will
..then try to administer mind altering medications to the prisoner.
..If the prisoner refuses, well, <u>their</u> psychs, will go to <u>their</u>
..legal department here at A.D.X. and then put in a writ and
..recomendation to the Judges here in Denver Colorado, and
..have these prisoners forced to take mind altering medications,
..(You know, until they get their minds right). When in all
..actuallity, these prisoners have no mental illness, they simply-

are pursuing a remedy that the banks, and corporations do not want them to pursue, which I might add, is our right to do so.

For some time now, Ed Aro has been deceiving these prisoners here at A.D.X. on this law suit, and, he has an inside man here (several of them at that) that are working very closely with him, feeding him all the inside information he wants on whatever prisoner he wants, even opening our legal mails and faxing him copies of our legal papers, to give him a heads up, such as the official and formal complaint I sent to the Colorado Bar Association on Edwin P. Arow on October 9th 2012, and, Ed Aro, while interviewing prisoners, he has come accrost prisoners that have very good and interesting independant cases, that Ed has convinced them to allow him to take on for them (Such as the prisoner with the Taco Bell case, whereas, he has a patent that was stolen from him, and wants to sue Taco Bell and his wife that stole it, and are now making millions off of that patent)

Ed Aro took this case, and convinced this prisoner to send him his documents that prove he is the owner of the patent. The prisoner did so, and, Ed Aro, at one point sent the documents back to this prisoner (That were crucial to the case), and, when the prisoner received the package, the documents were conveniently missing, when Ed Aro was repeatedly warned, <u>not</u> to send anything important through the mail, because we — prisoners consistently have documents come up missing, and,

encounter mail theft, mail obstructions, ect. ect.. As it turns out, it is actually looking like Ed Aro purposely took on this particular case, so he could conviently have these crucial documents come up missing, because, Ed Aro's main inside man that is working with him here at A.D.X. to help facilitate these schemes, is the B.O.P. Attorney Mr. Synsvoll. Obviously, Ed Aro is calling Mr. Synsvoll here at B.O.P., and giving him a heads up on what he is mailing in, and having Synsvoll steal the documents.

On another note, there are three of us sovereigns here at A.D.X.. Two of us caught on to Ed Aro's game pretty quickly, so, we fired him over six, seven months ago, but, one of the Sovereigns (Dewane Arthur Mallett) was still buying into Ed's fraud, and believed his lies, .. So Ed knew he had to get this particular prisoner away from us so we could not let him know that Ed is misrepresenting himself and conducting Fraud, so, Ed, got with his liaison, Mr. Synsvoll, who then got with the captain that is over Security here and the captains' wife, who is over S.I.S. and had this prisoner moved to another range, so it would be difficult for us to communicate, doing so, because, Mr. Mallett is owed billions of dollars in liability, and, Ed and Synsvoll were working a behind the scenes scam to steal that money from Mr. Mallett, by abusing their privilege in being Mr. Mallett's attorney, while the whole time, Mr. Synsvoll would intercept any legal mail that Mr. Mallett would get through the mail (such as mail from the nine Judges on the panel of the Court of International Trade) and-

5 of 6

..would give these mails to Ed Aro, while Mr. Mallett would not have a clue he even received any mails concerning his commercial activities, and other mails, such as torts, etc. etc..

The whole time, Ed Aro was (As we suspect) using (abusing) his authority as Mr. Mallett's attorney, to quash anything that Mr. Mallett would put into the courts that could set him free, such as the habeas corpus he sent in. So, they had a scheme to keep Mr. Mallett in prison, and steal billions of dollars from him.

I'm just letting you guys know whats going on here. I've already passed out several affidavits concerning whats going on to some of the recent tours that have passed through A.D.X. on my range, to some government officials from Washington D.C., and, of course, we Sovereigns have informed our militia members as to whats going on here at A.D.X. and with Ed Aro, and, believe me, our militia units are not going to allow any warden at this A.D.X., to force any of our People to take mind altering medications, and or, any medications at that. So, if you guys dont want to start a war, you might want to correct these problems.

I, Warren Daniel Clinton, Sui generis, Freeholder, Sovereign, Stateless, Secured Party Creditor, do hereby acknowledge and attest that the statements and information herein are true and correct to the best of my knowledge and belief.

_Warren Daniel Clinton_
Stateless.

"Sovereign Immunity Claimed, and not Waived".

6 of 6