11.8.12

From Michael Bacote
05835-007

To The Court
   I am writing to the Court again requesting that my name be taking off of the lawsuit (Michael Bacote V. B.O.P) I wrote and told the lawyers Ed Aro, and Deborah McGolden from the Washington Lawyers Committee to take my name off of the lawsuit. I dont know why it are taking so long I dont want to be on the lawsuit they never sent me a copy of the lawsuit I dont agree of whatever Ed Aro put in that lawsuit So please take my name off thank you Judge

Michael Bacote

11-7-12

From Michael Bacote
05835-007

To: The Court

I am writing to the Court again requesting that my name be taking off of the lawsuit (Michael Bacote V. B.o.P) I wrote and told my lawyers Ed Aro and Deborah M. Golden from the Washington Lawyers Committee to take my name off of the Lawsuit I dont know why its are taking so long I dont want to be on the lawsuit, they lied talking about they sent me a copy of the lawsuit and everything else. Thank you Please take my name off

Michael Bacote

P.S. I know that you all dont want to get a letter from me everyday talking about the same situation so take my name off the lawsuit