From Michael Bacote
05835-007

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 16 2012

JEFFREY P. COLWELL
CLERK

11.12.12

To: The Court

I am Requesting that my Name (Michael Bacote V. B.O.P.) be taking off the lawsuit also I never got a copy of the lawsuit I dont know whats in that lawsuit and I dont agree with it at all, take my name off the lawsuit. I dont know why its taking so long. Also dont make this case a class action until you please take my name off the lawsuit

Michael Bacote