# 1:12-cv-01570-RPM Bacote et al v. Federal Bureau of Prisons et al

Richard P. Matsch, presiding
Date filed: 06/18/2012
Date of last filing: 11/16/2012

# Case Summary

**Office:** Denver
**Jury Demand:** None
**Nature of Suit:** 440
**Jurisdiction:** U.S. Government Defendant
**County:** Fremont
**Origin:** 1
**Lead Case:**
**Related Case:**

**Filed:** 06/18/2012
**Demand:**
**Cause:** 28:1331 Federal Question: Other Civil Rights
**Disposition:**
**Terminated:**
**Reopened:**
None
None

**Other Court Case:** None

**Defendant Custody Status:**

| | | | |
|---|---|---|---|
| **Plaintiff:** Michael Bacote | represented by | Edwin Packard Aro | **Phone:** 303-863-1000 **Fax:** 303-832-0428 **Email:** ed.aro@aporter.com |
| **Plaintiff:** Michael Bacote | represented by | Deborah Maxine Golden | **Phone:** 202-319-1000 **Fax:** 202-319-1010 **Email:** deborah_golden@washlaw.org |
| **Plaintiff:** Harold Cunningham | represented by | Edwin Packard Aro | **Phone:** 303-863-1000 **Fax:** 303-832-0428 **Email:** ed.aro@aporter.com |
| **Plaintiff:** Harold Cunningham | represented by | Deborah Maxine Golden | **Phone:** 202-319-1000 **Fax:** 202-319-1010 **Email:** deborah_golden@washlaw.org |
| **Plaintiff:** John W Narducci, Jr | represented by | Edwin Packard Aro | **Phone:** 303-863-1000 **Fax:** 303-832-0428 **Email:** ed.aro@aporter.com |
| **Plaintiff:** John W Narducci, Jr | represented by | Deborah Maxine Golden | **Phone:** 202-319-1000 **Fax:** 202-319-1010 **Email:** deborah_golden@washlaw.org |
| **Plaintiff:** Jeremy Pinson | represented by | Edwin Packard Aro | **Phone:** 303-863-1000 **Fax:** 303-832-0428 **Email:** ed.aro@aporter.com |
| **Plaintiff:** Jeremy Pinson | represented by | Deborah Maxine | **Phone:** 202-319-1000 **Fax:** 202-319-1010 |

From Michael Bacote
05875-007

11.14.12

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 19 2012

JEFFREY P. COLWELL
CLERK

To The Court

I am writing to the Court again Requesting that my name be taking off of the lawsuit (Michael Bacote V. B.O.P) I wrote and told my Lawyers Ed Aro and Deborah M. Golden from the Washington Lawyers Committee to take my name off of the lawsuit I dont know why its are taking so long I dont want to be on the lawsuit they lied talking about they sent me a copy of the lawsuit and everything tles Thank you Please take my name off

Michael Bacote