## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:12-cv-01570-RPM

HAROLD CUNNINGHAM,
JOHN W. NARDUCCI, JR.,
JEREMY PINSON, and
ERNEST NORMAN SHAIFER,
Each individually and on behalf of all others similarly situated,

    Plaintiffs,

vs.

FEDERAL BUREAU OF PRISONS,
CHARLES E. SAMUELS, JR.
NEWTON E. KENDIG, PAUL M. LAIRD,
BLAKE R. DAVIS, and
DAVID A. BERKEBILE,

    Defendants.
_____

## ORDER DISMISSING CLAIMS OF PLAINTIFF MICHAEL BACOTE WITHOUT PREJUDICE, PURSUANT TO F.R. Civ.P. 41(a)(1)(A)
_____

Upon consideration of the Notice of Dismissal Without Prejudice of the Claims of Plaintiff Michael Bacote, pursuant to F.R. Civ.P. 41(a)(1)(A), filed by counsel for Plaintiffs Harold Cunningham, John W. Narducci, Jr., Jeremy Pinson, and Ernest Norman Shaifer (collectively "Plaintiffs"), together with the letters from Mr. Bacote to the Court filed on October 12, 2012, [DOCUMENT 28], November 14, 2012, [DOCUMENT 33], November 16, 2012, [DOCUMENT 34] and November 19, 2012, [DOCUMENT 35], it is ORDERED that the claims of Michael Bacote are hereby dismissed WITHOUT PREJUDICE. This order shall not affect the claims of any other Plaintiff, or any class member.

    DATED: November 26, 2012

                                        BY THE COURT:
                                        s/Richard P. Matsch
                                        _____
                                        Richard P. Matsch, Senior United States District Judge