**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:12-cv-01570-RPM

HAROLD CUNNINGHAM,
JOHN W. NARDUCCI, JR.,
JEREMY PINSON, and
ERNEST NORMAN SHAIFER,
Each individually and on behalf of all others similarly situated,

    Plaintiff,
vs.

FEDERAL BUREAU OF PRISONS,
CHARLES E. SAMUELS, JR.
NEWTON E. KENDIG, PAUL M. LAIRD,
BLAKE R. DAVIS, and
DAVID A. BERKEBILE,

    Defendants.

---

**ORDER AMENDING THE CASE CAPTION**

---

Upon consideration of the unopposed motion of Plaintiffs Harold Cunningham, John W. Narducci, Jr., Jeremy Pinson, and Ernest Norman Shaifer (collectively "Plaintiffs") to amend the caption of this case to remove the names of former Plaintiff Michael Bacote and former Defendant Newton E. Kendig, and to correct the inadvertent misspelling of the last name of defendant David Berkebile, and finding good cause therefore, it is

ORDERED that the motion is GRANTED. The names of former Plaintiff Michael Bacote and former Defendant Newton E. Kendig shall be removed from the case caption, and the caption shall be amended to reflect the correct spelling of Defendant David Berkebile's last name.

DATED: November 26, 2012

                BY THE COURT:

                s/Richard P. Matsch
                _____
                Richard P. Matsch, Senior United States District Judge