**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:12-cv-01570

HAROLD CUNNINGHAM,
JOHN W. NARDUCCI, JR.,
JEREMY PINSON, and
ERNEST NORMAN SHAIFER,
Each individually and on behalf of all others similarly situated,

      Plaintiff,
vs.

FEDERAL BUREAU OF PRISONS,
CHARLES E. SAMUELS, JR.
NEWTON E. KENDIG, PAUL M. LAIRD,
BLAKE R. DAVIS, and
DAVID A. BERKEBILE

      Defendants.

_____

**ORDER GRANTING PLAINTIFFS' PLAINTIFFS' UNOPPOSED MOTION TO WITHDRAWAND RESUBMIT A REVISED VERSION OF THE DECLARATION OF EDWIN P. ARO IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**

_____

Upon consideration of the unopposed motion of Plaintiffs Harold Cunningham, John W. Narducci, Jr., Jeremy Pinson, and Ernest Norman Shaifer (collectively "Plaintiffs") to withdraw the Declaration of Edwin P. Aro (the "Aro Declaration") submitted as an attachment to Plaintiffs' Response to Motion to Dismiss [DOCUMENT NO. 37] ("Plaintiffs' Response"), and replace that declaration with an amended version, and finding good cause therefore, it is ORDERED that the motion is GRANTED. The version of the Aro Declaration originally filled as an attachment to Plaintiffs' Response shall be removed from the public file in this case and replaced with the revised version of the Aro Declaration submitted with Plaintiff's Motion.

DATED: December 7th, 2012

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch
Senior United States District Judge