**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

| | |
|---|---|
| Date: | April 23, 2013 |
| Courtroom Deputy: | J. Chris Smith |
| FTR Technician: | Kathy Terasaki |

_____

Civil Action No. **12-cv-01144-RPM**

| | |
|---|---|
| RAYMOND VEGA, Personally and as Personal Representative of the Estate of Jose Martin Vega, deceased, | Edwin P. Aro<br>Robert P. Taylor<br>Christopher S. Morrow |
| Plaintiff,<br>v. | |
| BLAKE R. DAVIS and<br>certain additional unknown agents of the United States Bureau of Prisons, | Amy L. Padden<br>Marcy E. Cook |
| Defendants, | |

**AND**

Civil Action No. **12-cv-01570-RPM**

HAROLD CUNNINGHAM,
JOHN WL NARDUCCI JR.,
JEREMY PINSON, and
ERNEST NORMAN SHAIFER,
Each individually and on behalf of all others similarly situated,

    Plaintiffs,
v.

FEDERAL BUREAU OF PRISONS,
CHARLES E. SAMUELS, JR.,
PAUL M. LAIRD,
BLAKE R. DAVIS, and
DAVID A. BERKEBILE,

    Defendants.
_____
**COURTROOM MINUTES**
_____

**Hearing on Motions to Dismiss**

April 23, 2013
12-cv-01144-RPM and 12-cv-01570-RPM

**2:00 p.m.**         **Court in session.**

Court's preliminary remarks.

Discussion between Court, Ms. Padden and Mr. Arrow regarding jurisdiction.

Ms. Padden states jurisdiction is not being challenged with respect to the defendant U.S.B.O.P. as an entity.

Argument by Mr. Taylor regarding suing the individual defendants Samuels, Laird, and Davis in their individual capacities.

**ORDERED:     Defendants Samuels, Laird, and Davis are dismissed in case 12-cv-01570-RPM**

2:06 p.m.         Argument by Ms. Padden.

2:15 p.m.         Mr. Taylor and Mr. Aro explain the background of the case and the FOIA action filed in the District of Columbia.

Argument by Mr. Taylor.

Mr. Taylor states plaintiffs are not contending that placement of individuals in the confinement areas at issue is a constitutional violation.

Mr. Taylor further assures the Court that counsel will obtain the necessary waivers/releases with respect to medical records.

Discussion between Court and Mr. Morrow regarding proceeding as a class action and Rule 26.

Mr. Aro informs the Court that he anticipates the Colorado Protection and Advocacy Agency will intervene in this action.

Discussion regarding case management /scheduling.

**ORDERED:     Defendants' Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(2) and 12(b)(6), [27] in Case 12-cv-01570-RPM, is denied.**

> **Conference scheduled May 24, 2013 at 2:00 p.m. in 12-cv-01570-RPM (requirement of Rule 16 not applicable).**
> **Counsel permitted to submit an outline of issues to be discussed.**
>
> **Defendants' Motion to Strike Docket Number 44, [45] in Case 12-cv-01570-RPM, is moot.**

```
```
April 23, 2013
12-cv-01144-RPM and 12-cv-01570-RPM

| | |
|---|---|
| 2:51 p.m. | Argument by Ms. Padden. |
| 2:59 p.m. | Argument by Mr. Morrow. |
| **ORDERED:** | **Motion to Dismiss by Defendant Davis, [14] in case 12-cv-01144-RPM, is granted with respect to the First Amendment Claim and denied in all other respects.** |
| | **Defendant shall file an answer in accordance with the rules.** |
| | **Conference scheduled May 24, 2013 at 2:00 p.m. in 12-cv-01144-RPM (requirement of Rule 16 not applicable).** |
| **3:05 p.m.** | **Court in recess.** |

Hearing concluded. Total time: 1 hr. 5 min.