IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-01570-RPM

HAROLD CUNNINGHAM,
JOHN W. NARDUCCI, JR.,
JEREMY PINSON, and
ERNEST NORMAN SHAIFER,
Each individually and on behalf of all others similarly situated,

    Plaintiffs,

vs.

FEDERAL BUREAU OF PRISONS,
CHARLES E. SAMUELS, JR.
PAUL M. LAIRD,
BLAKE R. DAVIS, and
DAVID A. BERKABILE,

    Defendants.

_____

ORDER OF DISMISSAL OF DEFENDANTS CHARLES E. SAMUELS, JR., PAUL M. LAIRD, AND BLAKE R. DAVIS
_____

    Because the defendants Charles E. Samuels, Jr., Paul M. Laird, and Blake R. Davis have been sued in their official capacity only and because this civil action is directed towards an institution of the Bureau of Prisons making suits against these defendants as Director, Assistant Director and Regional Director, in their official capacity as redundant to the action against the Bureau of Prisons, it is

    ORDERED that Defendants Charles E. Samuels, Jr., Paul M. Laird, and Blake R. Davis are dismissed.

    DATED: April 23rd, 2013

                                    BY THE COURT:

                                    s/Richard P. Matsch
                                    _____
                                    Richard P. Matsch, Senior Judge