# Exhibit 3

# Exhibit 3



ADX Outdoor Recreation Cages
(General Population)