# Exhibit 4

Exhibit 4



ADX Outdoor Individual Recreation Enclosure
(Control Unit or SHU)