# Exhibit 5

# Exhibit 5



ADX Indoor Individual Recreation Enclosure