# Exhibit 6

# Exhibit 6





ADX Kilo Unit Interior
(Historically, same configuration as Joker Unit)

# Exhibit 6 (Continued)



ADX Joker Unit