# Exhibit 8

# Exhibit 8



Harold Cunningham