# Exhibit 9

Exhibit 9



Carlton Dunbar