# Exhibit 10

# Exhibit 10



Jack Powers