# Exhibit 11

# Exhibit 11



Ernest Shaifer