# Exhibit 12

Exhibit 12



Jeremy Pinson