# Exhibit 14

# Exhibit 14



Marcellus Washington