# Exhibit 15

Exhibit 15



Jaison Leggett