# Exhibit 16

Exhibit 16



David Shelby