# Exhibit 18

Exhibit 18



James Cole