# Exhibit 19

Exhibit 19



Jonathan Francisco