# Exhibit 20

Exhibit 20



David Hearne