# Exhibit 21

# Exhibit 21



William Sablan