# Exhibit 22

Exhibit 22



James Van Noy