**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-01570-RPM

HAROLD CUNNINGHAM,
CARLTON DUNBAR,
JOHN W. NARDUCCI, JR.,
JEREMY PINSON,
ERNEST NORMAL SHAIFER,
and MARCELLUS WASHINGTON

Each individually and on behalf of all others similarly situated,

and

CENTER FOR LEGAL ADVOCACY D.B.A. THE LEGAL CENTER FOR PEOPLE WITH DISABILITIES AND OLDER PEOPLE, COLORADO'S PROTECTION AND ADVOCACY SYSTEM,

Plaintiffs

vs.

FEDERAL BUREAU OF PRISONS.

Defendant.

Civil Action No. 1:12-cv-01144-RPM

RAYMOND VEGA, Personally and as Personal Representative of the Estate of Jose Martin Vega, deceased,

Plaintiff,

vs.

BLAKE R. DAVIS, and certain additional unknown agents of the United States Bureau of Prisons,

Defendants.

---

**PLAINTIFFS' UNOPPOSED MOTION PURSUANT TO RULE 30(a)(2)(B) FOR LEAVE TO DEPOSE INCARCERATED WITNESS JOHN J. POWERS**

---

Pursuant to F.R.Civ.P. 30(a)(2)(B), Plaintiffs in both of the above captioned actions respectfully request entry of the attached order granting them leave to take the videotaped deposition of incarcerated witness John J. Powers ("Powers"), Bureau of Prisons "(BOP") Register No. 03220-028), at the United States Medical Center for Federal Prisoners in

Springfield, Missouri ("Springfield MCFP"), beginning on June 25, 2013, and continuing thereafter until completed. In support of their motion, Plaintiffs state:

1. Powers is a plaintiff in the Cunningham case (12-cv-01570-RPM) and has also been identified as a fact witness to the events preceding the death of Jose Martin Vega, the subject of the Vega case (1:12-cv-01144-RPM). Since 2001 and until recently, Powers has been incarcerated at the United States Penitentiary - Administrative Maximum facility, in Florence, Colorado ("ADX"). In April 2013, the BOP transferred Powers to Springfield MCFP for mental health evaluation and treatment. On May 23, 2013, the Court granted Plaintiffs leave to take an expedited preservation deposition of Mr. Powers.

2. Because Powers is in BOP custody, F.R.Civ.P. 30(a)(2)(B) requires leave of court for his deposition to be taken.

3. Pursuant to D.C.Colo. LR 7.1(A), Plaintiffs' counsel has conferred with counsel for defendants in both cases and is authorized to represent that Defendants do not oppose the relief requested in this motion.

4. Attached hereto is a Proposed Order allowing the deposition of Mr. Powers to be taken. A copy of the Proposed Order has been shown to defense counsel, who has no objections.

Upon the foregoing, Plaintiffs respectfully request entry of the attached order.

Dated: June 14, 2013

Respectfully submitted,

**ARNOLD & PORTER LLP**

By /s/ Edwin P. Aro

Edwin P. Aro
James E. Scarboro
370 Seventeenth Street, Suite 4400
Denver, CO 80202
Telephone: +1 303.863.1000
ed.aro@aporter.com
james.scarboro@aporter.com

Maurice A. Leiter
777 S. Figueroa Street, 44th Floor
Los Angeles, CA 90017
Telephone: +1 213.243.4000
maury.leiter@aporter.com

Robert P. Taylor
Three Embarcadero Center, 7th Floor
San Francisco, CA 94111
Telephone: +1 415.471.3100
robert.taylor@aporter.com

Veronica E. Rendon
Keri L. Arnold
399 Park Avenue
New York, NY 10022
Telephone: +1 212.715.1000
veronica.rendon@aporter.com
keri.arnold@aporter.com

Nancy L. Perkins
555 Twelfth Street, NW
Washington, DC 20004
Telephone: +1 202.942.5000
nancy.perkins@aporter.com

**WASHINGTON LAWYERS' COMMITTEE FOR CIVIL RIGHTS AND URBAN AFFAIRS**

By /s/ Deborah Golden
Deborah Golden
11 DuPont Circle, NW, Suite 400
Washington, DC 20036
Telephone: +1 202.319.1000
deborah_golden@washlaw.org

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 14th day of June, 2013, the foregoing **PLAINTIFFS' UNOPPOSED MOTION PURSUANT TO RULE 30(a)(2)(B) FOR LEAVE TO DEPOSE INCARCERATED WITNESS JOHN J. POWERS** was filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record as follows:

Amy L. Padden
U.S. Attorney's Office - Denver
1225 Seventeenth Street, Suite 700
Denver, CO 80202
amy.padden@usdoj.gov

Marcy E. Cook
U.S. Attorney's Office - Denver
1225 Seventeenth Street, Suite 700
Denver, CO 80202
Marcy.cook@usdoj.gov

/s/ Sonia Siewert