**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-01570-RPM

HAROLD CUNNINGHAM,
CARLTON DUNBAR,
JOHN W. NARDUCCI, JR.,
JEREMY PINSON,
ERNEST NORMAL SHAIFER,
and MARCELLUS WASHINGTON

Each individually and on behalf of all others similarly situated,

and

CENTER FOR LEGAL ADVOCACY D.B.A. THE LEGAL CENTER FOR PEOPLE WITH DISABILITIES AND OLDER PEOPLE, COLORADO'S PROTECTION AND ADVOCACY SYSTEM,

Plaintiffs

vs.

FEDERAL BUREAU OF PRISONS.

Defendant.

Civil Action No. 1:12-cv-01144-RPM

RAYMOND VEGA, Personally and as Personal Representative of the Estate of Jose Martin Vega, deceased,

Plaintiff,

vs.

BLAKE R. DAVIS, and certain additional unknown agents of the United States Bureau of Prisons,

Defendants.

---

**PROPOSED ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO DEPOSE INCARCERATED WITNESS JOHN J. POWERS**

---

The Court, having reviewed Plaintiffs' Unopposed Rule Motion Pursuant to Rule 30(a)(2)(B) for Leave to Depose Incarcerated Witness JOHN JAY POWERS (BOP Register No. 03220-028), and finding good cause to grant such motion, hereby ORDERS as follows:

Plaintiffs in both of the above captioned actions are granted leave to take the deposition of JOHN J. POWERS (BOP Register No. 03220-028) at the United States Medical Center for Federal Prisoners in Springfield, Missouri, beginning on June 25, 2013, and continuing thereafter until completed.

DATED: June __, 2013

______________________________________

Richard P. Matsch
Senior United States District Judge