Case 1:12-cv-01570-RPM   Document 69   Filed 06/17/13   USDC Colorado   Page 1 of 2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

**Civil Action No. 12-cv-01144-RPM**

RAYMOND VEGA, Personally and as Personal Representative of the
Estate of Jose Martin Vega, deceased,

    Plaintiff,
v.

BLAKE R. DAVIS and
certain additional unknown agents of the United States Bureau of Prisons,

    Defendants.
and

**Civil Action No. 12-v-01570-RPM**

HAROLD CUNNINGHAM,
CARLTON DUNBAR,
JOHN W. NARDUCCI JR.,
JEREMY PINSON,
JOHN J. POWERS,
ERNEST NORMAN SHAIFER, and
MARCELLUS WASHINGTON,
Each individually and on behalf of all others similarly situated, and
CENTER FOR LEGAL ADVOCACY
D.B.A. THE LEGAL CENTER FOR PEOPLE WITH DISABILITIES AND OLDER PEOPLE,
COLORADO PROTECTION AND ADVOCACY SYSTEM,

    Plaintiffs,
v.

FEDERAL BUREAU OF PRISONS,

    Defendant.
_____

ORDER GRANTING MOTIONS FOR LEAVE TO DEPOSE INCARCERATED
WITNESS JOHN J. POWERS
_____

    The Court, having reviewed Plaintiffs' Unopposed Rule Motion Pursuant to Rule

30(a)(2)(B) for Leave to Depose Incarcerated Witness JOHN J. POWERS (BOP

Register No. 03220-028), and finding good cause to grant such motion, hereby ORDERS as follows:

Plaintiffs in both of the above captioned actions are granted leave to take the deposition of JOHN J. POWERS (BOP Register No. 03220-028) at the United States Medical Center for Federal Prisoners in Springfield, Missouri, beginning on June 25, 2013, and continuing thereafter until completed.

DATED: June 17th, 2013

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge