EXHIBIT A TO PARTIAL MOTION TO STRIKE

DOCKET SHEETS FROM TWO UNSERVED LAWSUITS FILED BY DWANYE MALLETT (*SEE* AMENDED COMPLAINT ¶ 85)

# US District Court Civil Docket

### U.S. District - Colorado
### (Denver)

## 1:11cv1567

## Mallett v. Davis

This case was retrieved from the court on Wednesday, July 24, 2013

| | |
|---|---|
| Date Filed: 06/15/2011 | Class Code: CLOSED |
| Assigned To: Judge Lewis T. Babcock | Closed: 07/28/2011 |
| Referred To: | Statute: 28:2241 |
| Nature of suit: Prisoner - General (530) | Jury Demand: None |
| Cause: Petition for Writ of Habeas Corpus (federa | Demand Amount: $0 |
| Lead Docket: None | NOS Description: Prisoner - General |
| Other Docket: USCA, 11-01362 | |
| Jurisdiction: U.S. Government Defendant | |

### Litigants

Dawane Arthur Mallett
natural person capacity
Petitioner

Blake Randy Davis
Body Politic
Respondent

### Attorneys

Dawane Arthur Mallett
PRO SE
#13944-097
Florence Admax
U.S. Penitentiary
Inmate Mail/Parcels
Po Box 8500
Florence , CO  81226
USA

| Date | # | Proceeding Text | Source |
|---|---|---|---|
| 11/09/2011 | 13 | MANDATE of USCA as to 6 Notice of Appeal filed by Dawane Arthur Mallett : The appeal is dismissed for lack of prosecution. (USCA Case No. 11-1362) (Attachments: # 1 USCA Order)(bjr, ) (Entered: 11/09/2011) | |
| 09/15/2011 | 12 | Transmitted Record on Appeal to US Court of Appeals re 6 Notice of Appeal by Dawane Mallett. Volume Number: 1. USCA case no. 11-1362. (Attachments: # 1 Docket Sheet) (bjrsl, ) (Entered: 09/15/2011) | |
| 09/09/2011 | 11 | LETTER to U.S. Court of Appeals advising that the appeal fee has not been paid and a 1915 motion has not been filed as to 6 Notice of Appeal filed by Dawane Arthur Mallett. (USCA Case No. 11-1362) (bjrsl, ) (Entered: 09/09/2011) | |
| 09/08/2011 | 10 | USCA LETTER as to 6 Notice of Appeal by Dawane Mallett. District court has not granted/denied leave to proceed without prepayment of filing fees. Appellant has 40 days to either pay the filing fee to district court or apply to the Court of Appeals for leave to proceed without prepayment. Briefing schedule issued. USCA case no. 11-1362. (bjrsl, ) (Entered: 09/09/2011) | |
| 08/08/2011 | 9 | ORDER to Cure Deficiency re 6 Notice of Appeal by Dawane Mallett, appellant has 30 days to either pay the filing fee or file a 1915 motion with district court by Judge Lewis T. | |

| Date | # | Description |
|---|---|---|
| | | Babcock on 08/08/11. (bjrsl, ) (Entered: 08/08/2011) |
| 08/05/2011 | 8 | USCA Case Number 11-1362 for 6 Notice of Appeal filed by Dawane Arthur Mallett. Filing fee or 1915 motion due in district court. (bjrsl, ) (Entered: 08/05/2011) |
| 08/05/2011 | 7 | LETTER Transmitting Notice of Appeal to all counsel advising of the transmittal of the 6 Notice of Appeal, filed by Dawane Arthur Mallett to the U.S. Court of Appeals. (Pro se; Fee not paid; 1915 motion not filed) (Attachments: # 1 Docket Sheet, # 2 Preliminary Record including Notice of Appeal)(bjrsl, ) (Entered: 08/05/2011) |
| 08/04/2011 | 6 | NOTICE OF APPEAL as to 5 Clerk's Judgment, 4 Order on Motion for Leave to Proceed in Forma Pauperis by Petitioner Dawane Arthur Mallett. Fee Status: Fee not paid; 1915 motion not filed. Notice mailed to all counsel on 08/05/11. (Attachments: # 1 Envelope) (bjrsl, ) (Entered: 08/05/2011) |
| 07/28/2011 | 5 | JUDGMENT by Clerk re: 4 Order. See the Judgment for detail, by Clerk on 7/28/11. (lsw, ) (Entered: 07/29/2011) |
| 07/28/2011 | 4 | ORDER of Dismissal. The action is dismissed without prejudice. All pending motions are denied as moot ( 2 Motion for Leave to Proceed in Forma Pauperis), by Judge Lewis T. Babcock on 7/28/11.(lsw, ) (Entered: 07/29/2011) |
| 06/22/2011 | 3 | ORDER Directing Plaintiff to Cure Deficiencies, within 30 days, by Magistrate Judge Boyd N. Boland on 6/22/11. (lyg, ) (Entered: 06/22/2011) |
| 06/15/2011 | 2 | MOTION and Affidavit for Leave to Proceed Under 28 U.S.C. 1915, by Petitioner Dawane Arthur Mallett. (lyg, ) (Entered: 06/16/2011) |
| 06/15/2011 | 1 | APPLICATION for Writ of Habeas Corpus 28 U.S.C. 2241, filed by Dawane Arthur Mallett. (lyg, ) (Entered: 06/16/2011) |

## Judgments

| Date | In Favor Of | Against | Amount | Interest | Court Cost | Status | Status Date |
|---|---|---|---|---|---|---|---|
| 07/28/2011 | Blake Randy Davis | Dawane Arthur Mallett | $ 0.00 | 0.00% | $ 0.00 | No Payment | 07/28/2011 |

Description: $ 0.00 See the Judgment for detail.

Copyright © 2013 LexisNexis CourtLink, Inc. All rights reserved.
*** THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY ***

## US District Court Civil Docket

U.S. District - Colorado
(Denver)

### 1:09cv1823

### Mallett v. Davis et al

This case was retrieved from the court on Wednesday, July 24, 2013

Date Filed: **08/03/2009**
Assigned To: **Judge Zita L. Weinshienk**
Referred To:
Nature of suit: **Prisoner - Mandamus (540)**
Cause: **Petition for Writ of Mandamus**
Lead Docket: **None**
Other Docket: **None**
Jurisdiction: **U.S. Government Defendant**

Class Code: **CLOSED**
Closed: **09/23/2009**
Statute: **28:1651**
Jury Demand: **None**
Demand Amount: **$0**
NOS Description: **Prisoner - Mandamus**

### Litigants

Dawane Arthur Mallett
Petitioner

Davis
Warden
Respondent

Collins
Unit Manager
Respondent

Harley Lappin
actually named as Harley Lappin, FBOP Director, All Unknown ADX Officials
Respondent

### Attorneys

Dawane Arthur Mallett
PRO SE
#13944-097
Florence Admax
U.S. Penitentiary
Inmate Mail/Parcels
Po Box 8500
Florence , CO  81226
USA

| Date | # | Proceeding Text | Source |
|---|---|---|---|
| 09/23/2009 | 8 | JUDGMENT by Clerk in favor of Collins, Davis, Harley Lappin against Dawane Arthur Mallett Pursuant to the Order of Dismissal signed on 09/22/09(jjh, ) (Entered: 09/23/2009) | |
| 09/23/2009 | 7 | ORDER of Dismissal. Ordered that the Complaint and the action are dismissed without prejudice for failure to cure the deficiencies. Ordered denying 5 Motion for Leave to Proceed in Forma Pauperis by Judge Zita L. Weinshienk on 09/22/09.(jjh, ) (Entered: 09/23/2009) | |
| 08/11/2009 | 5 | MOTION and Affidavit for Leave to Proceed Under 28 U.S.C. 1915 by Petitioner Dawane | |

| Date | # | Description |
|---|---|---|
| | | Arthur Mallett. (jjh, ) (Entered: 08/11/2009) |
| 08/10/2009 | 6 | MOTION Is (Lodged- "Ad hoc") by Petitioner Dawane Arthur Mallett. (jjh, ) Modified on 8/14/2009 to correct date of filing (jjh, ). (Entered: 08/12/2009) |
| 08/07/2009 | 4 | SUPPLEMENT/AMENDMENT to 2 MOTION for Writ of Mandamus by Petitioner Dawane Arthur Mallett. (jjh, ) (Entered: 08/07/2009) |
| 08/03/2009 | 3 | AFFIDAVIT by Petitioner Dawane Arthur Mallett. (jak, ) (Entered: 08/04/2009) |
| 08/03/2009 | 2 | MOTION for Writ of Mandamus by Petitioner Dawane Arthur Mallett. (Attachments: # 1 Address Envelope)(jak, ) (Entered: 08/04/2009) |
| 08/03/2009 | 1 | ORDER Directing Clerk to Commence Civil Action and Directing Petitioner to Cure Deficiency. Petitioner shall have 30 days to file a 1915 motion or pay the filing fee, by Magistrate Judge Boyd N. Boland on 7/31/09. (jak, ) (Entered: 08/04/2009) |

## Judgments

| Date | In Favor Of | Against | Amount | Interest | Court Cost | Status | Status Date |
|---|---|---|---|---|---|---|---|
| 09/23/2009 | Collins | Dawane Arthur Mallett | $ 0.00 | 0.00% | $ 0.00 | No Payment | 09/23/2009 |
| 09/23/2009 | Davis | Dawane Arthur Mallett | $ 0.00 | 0.00% | $ 0.00 | No Payment | 09/23/2009 |
| 09/23/2009 | Harley Lappin | Dawane Arthur Mallett | $ 0.00 | 0.00% | $ 0.00 | No Payment | 09/23/2009 |

Copyright © 2013 LexisNexis CourtLink, Inc. All rights reserved.
*** THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY ***