10-3-13

Jeremy Pinson # 16267-064
PO Box 8500
Florence CO 81226

Re: Case No. 12-CV-1570-RPM

Dear Judge Matsch,

The BOP has restricted me from calling or writing to Ed Aro or Deborah Golden who are my lawyers in the above-listed lawsuit before you. I dont know what to do, when I tried to send a letter to Ed Aro it was sent back to me with the enclosed memo and I am at a loss what to do. How can I prosecute my case when I am totally cut off from my attorneys? Please help me.

Sincerely,

Jeremy Pinson

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT - 8 2013

JEFFREY P. COLWELL
CLERK



**U.S. Department of Justice**
Federal Bureau of Prisons

F ﾞderal Correctional Complex
  'ministrative Maximum Security Institution
  ﾞh Security Institution
  ﾞdium Security Institution
  ﾞimum Security Institution

_____      _____
                         ﾞence, CO 81226

September 19, 2013

MEMORANDUM FOR  SUPERVISORY CORRECTIONAL SYSTEMS SPECIALIST

FROM:            M. L. Bier, Special Investigation Agent

                 via: K. Vargas

SUBJECT:         **Inmate Mail Rejection – Pinson, Jeremy #16267-064**

The attached correspondence is submitted for rejection due to the following reasons:

1.   **PUBLICATION/CORRESPONDENCE WHICH CONTAINS INFORMATION THAT MAY JEOPARDIZE THE SECURITY OF THE INSTITUTION AND THEREFORE POSES A THREAT: CONTAINS NAMES OF STAFF MEMBERS FOR POSSIBLE PUBLICATION**

2.   INMATE TO INMATE CORRESPONDENCE WHICH IS NOT APPROVED:

3.   INMATE TO INMATE VIA A THIRD PARTY:

4.   CONTAINS POSSIBLE CODES AND THEREFORE A SECURITY THREAT EXISTS:

5.   CONTAINS MAPS:

6.   CONTAINS DRAWINGS OR PHOTOS OF CELLS, REC. YARDS, PERIMETER FENCES, ETC. (SECURITY THREATS):

7.   FOREIGN LANGUAGE THAT CAN NOT BE TRANSLATED:

8.   OTHER/COMMENTS: