## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No.  1:12-cv-01570

HAROLD CUNNINGHAM,
CARLTON DUNBAR,
JOHN W. NARDUCCI, JR.,
JEREMY PINSON,
JOHN J. POWERS,
ERNEST NORMAN SHAIFER,
and MARCELLUS WASHINGTON,

each individually and on behalf of all others similarly situated,

and

CENTER FOR LEGAL ADVOCACY
D.B.A. THE LEGAL CENTER FOR PEOPLE
WITH DISABILITIES AND OLDER PEOPLE,
COLORADO'S PROTECTION AND ADVOCACY
SYSTEM,

       Plaintiffs,

vs.

FEDERAL BUREAU OF PRISONS,

       Defendant.

### STIPULATION RE: MOTION FOR PARTIAL SUMMARY JUDGMENT ON THE CENTER FOR LEGAL ADVOCACY'S ASSOCIATIONAL STANDING

       Plaintiffs and Defendant in the above-captioned matter (hereinafter, referred to collectively as the "Parties") hereby stipulate as follows:

       1.     On May 24, 2013 Plaintiffs amended their complaint and added as a plaintiff The Center for Legal Advocacy, d.b.a. The Legal Center for People With Disabilities and Older People ("CLA").

2. At the August 2, 2013 Status Conference, the Court asked the Parties to provide memoranda of law concerning, among other issues, whether CLA has associational standing to represent all of its constituents housed at the United States Penitentiary Administrative Maximum Facility in Florence, Colorado.

3. On August 26, 2013, Plaintiffs filed their Memorandum re: the Role of the Center for Legal Advocacy in the Present Action ("Memorandum").

4. On September 23, 2013, Defendant filed its Response to Plaintiffs' Memorandum re: the Role of the Center for Legal Advocacy in the Present Action ("Response").

5. At the October 1, 2013 Scheduling Conference, the Court asked the parties to consent to the Court's addressing the issue of whether CLA has associational standing as a Motion for Partial Summary Judgment pursuant to Fed.R.Civ.P. 56. The parties hereby stipulate to the Court's doing so. The Memorandum, Response, and Plaintiffs' Reply Memorandum, to be filed October 15, 2013, shall be deemed, respectively, Plaintiffs' Memorandum in Support of this Motion for Partial Summary Judgment, Defendant's Opposition, and Plaintiffs' Reply.

6. Plaintiffs are submitting the Declarations of William J. McBride and Mark J. Ivandick in support of CLA's associational standing in this case, attached hereto, and request that the facts contained in those declarations be considered in connection with this Motion for Partial Summary Judgment. Defendant does not object to the submission of the declarations, but is not yet in a position to state whether the facts contained in those declarations are material to a contested issue and whether they are undisputed pursuant to Fed.R.Civ.P. 56(a) and (c). The parties respectfully request that Defendant may have until October 25, 2013, to file a sur-reply limited to the issue of whether the facts contained in the declarations are material to a contested issue and are genuinely undisputed.

Dated: October 15, 2013							Respectfully submitted,


           **For Plaintiffs:**


           **ARNOLD & PORTER LLP**

    /s/ Edwin P. Aro
    Edwin P. Aro
    370 Seventeenth Street, Suite 4400
    Denver, CO 80202
    (303) 863-1000
    ed.aro@aporter.com

    Maurice A. Leiter
    777 S. Figueroa Street
    44th Floor
    Los Angeles, CA 90017
    (213) 243-4000
    maury.leiter@aporter.com

    Robert P. Taylor
    Three Embarcadero Center
    10th Floor
    San Francisco, CA 94111
    (415) 471-3100
    robert.taylor@aporter.com

    Veronica E. Rendon
    Keri L. Arnold
    399 Park Avenue
    New York, NY 10022
    (212) 715-1000
    veronica.rendon@aporter.com
    keri.arnold@aporter.com

34206654v1

Nancy L. Perkins
555 Twelfth Street, NW
Washington, D.C. 20004
(202) 942-5000
nancy.perkins@aporter.com

**WASHINGTON LAWYERS'
COMMITTEE
FOR CIVIL RIGHTS AND URBAN
AFFAIRS**

Deborah Golden
11 Dupont Circle, NW
Suite 400
Washington, D.C. 20036
(202) 319-1000
deborah_golden@washlaw.org

**For Defendant:**

Date: October 15, 2013


/s/ Amy L. Padden
Amy L. Padden
Assistant United States Attorney
Deputy Chief, Civil Division
1225 Seventeenth Street, Suite 700
Denver, CO 80202
Email: amy.padden@usdoj.gov

Marcy Cook
Assistant United States Attorney
1225 Seventeenth Street, Suite 700
Denver, CO 80202
Email: marcy.cook@usdoj.gov

34206654v1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 15th day of October, 2013, the foregoing **STIPULATION RE: MOTION FOR PARTIAL SUMMARY JUDGMENT ON THE CENTER FOR LEGAL ADVOCACY'S ASSOCIATIONAL STANDING** was filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record as follows:

Amy L. Padden
U.S. Attorney's Office - Denver
1225 Seventeenth Street, Suite 700
Denver, CO  80202
amy.padden@usdoj.gov

Marcy E. Cook
U.S. Attorney's Office - Denver
1225 Seventeenth Street, Suite 700
Denver, CO  80202
Marcy.cook@usdoj.gov

/s/ Linda J. Teater

34206654v1