## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01570-RPM

HAROLD CUNNINGHAM,
CARLTON DUNBAR,
JOHN W. NARDUCCI, JR.,
JEREMY PINSON,
JOHN J. POWERS,
ERNEST NORMAN SHAIFER, and
MARCELLUS WASHINGTON,
Each individually and on behalf of all others similarly situated,
and
CENTER FOR LEGAL ADVOCACY
D.B.A. THE LEGAL CENTER FOR PEOPLE
WITH DISABILITIES AND OLDER PEOPLE,
COLORADO'S PROTECTION AND ADVOCACY SYSTEM,

      Plaintiffs,
v.

FEDERAL BUREAU OF PRISONS,

      Defendant.
_____

### ORDER GRANTING UNOPPOSED MOTION TO STRIKE
_____

This matter is before the Court on the Defendant's Unopposed Motion to Strike Docket Number 105. The Court finds that the motion should be GRANTED. Docket Number 105 is hereby stricken pursuant to Fed. R. Civ. P. 12(f).

DATED this 28th day of October, 2013.

                              BY THE COURT:

                              s/Richard P. Matsch

                              _____
                              Richard P. Matsch, Senior District Judge