**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Date:                   November 1, 2013
Courtroom Deputy:       J. Chris Smith
FTR Technician:         Kathy Terasaki

_____

Civil Action No. 12-cv-01570-RPM

| | |
|---|---|
| HAROLD CUNNINGHAM, | Edwin P. Aro |
| CARLTON DUNBAR, | Robert P. Taylor |
| JOHN W. NARDUCCI JR., | Maurice A. Leiter |
| JEREMY PINSON, | |
| JOHN J. POWERS, | |
| ERNEST NORMAN SHAIFER, and | |
| MARCELLUS WASHINGTON, | |

Each individually and on behalf of all others similarly situated,

And

CENTER FOR LEGAL ADVOCACY,
d/b/a the Legal Center for People With Disabilities and
Older People, Colorado's Protection and Advocacy
System,

    Plaintiffs,

v.

FEDERAL BUREAU OF PRISONS,                                   Amy L. Padden
                                                             Marcy E. Cook
    Defendant.
_____

**COURTROOM MINUTES**
_____

**Hearing on Motion for Partial Summary Judgment**

**1:57 p.m.       Court in session.**

Counsel for the ADX Kaitlin Turner and Clay Cook and CLA Mark Ivendick and Chester Chapman are present in the courtroom.

Court's preliminary remarks.

Counsel agree there is no dispute or challenge that there is no federal grant money being used in the prosecution of this case.

Argument by Mr. Leiter.

November 1, 2013
12-cv-01570-RPM

Argument by Ms. Padden.
Rebuttal argument by Mr. Leiter.

**Court instructs Ms. Padden to file a stipulation regarding mootness in the event of transfer of named plaintiffs.**

**ORDERED:   Plaintiffs' Motion for Partial Summary Judgment [92], is taken under advisement.**

Statements by Mr. Aro re [121] Status Report.

Discussion regarding scheduling.

**ORDERED:   Defendant's stipulation due November 15, 2013.**

Court states it will grant an extension of time on the deadline for plaintiffs' motion class certification upon the filing of a motion or stipulation.

**2:30 p.m.       Court in recess.**

Hearing concluded.  Total time: 33  min.