## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:12-cv-01570

HAROLD CUNNINGHAM,
CARLTON DUNBAR,
JOHN W. NARDUCCI, JR.,
JEREMY PINSON,
JOHN J. POWERS,
ERNEST NORMAN SHAIFER,
and MARCELLUS WASHINGTON,
each individually and on behalf of all others similarly situated,

and

CENTER FOR LEGAL ADVOCACY
D.B.A. THE LEGAL CENTER FOR PEOPLE
WITH DISABILITIES AND OLDER PEOPLE,
COLORADO'S PROTECTION AND ADVOCACY
SYSTEM,

    Plaintiffs,

vs.

FEDERAL BUREAU OF PRISONS,

    Defendant.

_____

### ORDER GRANTING MOTION FOR LEAVE TO DEPOSE INCARCERATED WITNESS DAWANE MALLETT
_____

The Court, having reviewed Plaintiffs' Unopposed Motion Pursuant to Rule 30(a)(2)(B) for Leave to Depose Incarcerated Witness Dawane Mallett (BOP Register No. 13944-097), and finding good cause to grant such motion, hereby ORDERS as follows:

Plaintiffs are granted leave to take the deposition of DAWANE MALLETT (BOP Register No. 13944-097) at the United States Penitentiary Florence, Administrative Maximum in Florence, Colorado, beginning on December 10, 2013, at 8:00 a.m. and continuing thereafter until completed.

DATED: December 6, 2013.

        BY THE COURT:

        s/Richard P. Matsch

        _____
        Richard P. Matsch, Senior District Court Judge