United States District Court
District of Colorado

No. 12-CV-1570-RPM

Harold Cunningham, et al.
  Plaintiffs

v.

Federal Bureau of Prisons,
  Defendants

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN - 2 2014

JEFFREY P. COLWELL
CLERK

## Motion For Order Terminating Counsel and For Records

Comes now plaintiff Jeremy Pinson and moves for an Order terminating his representation by All counsel who currently represent him due to irreconcilable differences. Plaintiff seeks to prosecute his own claims in this action exercising his 1st Amendment and statutory right to do so. Because plaintiff has not seen any documents in this case since the Original complaint it is requested that current counsel forward the case file and all documents to Plaintiff by Order of this Court. Plaintiff also wishes to speak to BOP counsel at their earliest convenience. Any motions after 12-1-13 are unauthorized.

Jeremy Pinson #16267-064
PO Box 8500
Florence CO 81226
Plaintiff

1

Certificate of Service

I certify service via U.S. Mail 12-18-13 in a postage-prepaid, first class envelope upon this Court and counsel of record.

Jeremy Pinson