IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 1 7 2014

JEFFREY P. COLWELL
CLERK

Harold Cunningham,

plaintiff

V,

~~Unitted~~ Bureau of Prisons et.al.,

Defendants

Case No. 1:12-CV-01570-RMP

## Declaration of Antoine Bruce

I declare the following is true and correct under penalty of perjury pursuant to 28 U.S.C. 1746. Plaintiff, Antoine Bruce, is a prisoner in the custody of the federal Bureau of Prisons, and is currently confined at the U.S. Penitentiary Supermax/ADX in Florence, CO. Plaintiff, Antoine Bruce suffers from significant mental health problems which cannot be properly treated here at ADX-Florence Colorado(VIEW-ATTACHMENT-A). plaintiff is being subjected to constant retaliation, Racial-discrimination, Gender discrimination, Sexual Assault, physical Assault "&/or" Excessive force, Mental, Emotional "&" Physical pain "&" suffering/Distress. The ADX (Administration) and (psychology Dept. Staff) discontinued plaintiff's prescribed medication back in 2013, since then plaintiff has on numerous engaged in self mutilation using Razors and sharpened sprinkler pieces, has swallowed the objects only to be thrown in an contaminated observation cell "or" a cell on the unit range which is contaminated with other inmates Feces and bodily fluids, plaintiff has on numerous occassions has attempted suicide by hanging himself only To be punished by having his clothes cut off of him and thrown into a contaminated cell naked, confined in Ambulatory Restraints within a freezing cold cell being forced To consume food with his bare hands like a animal, not being provided with soap, nor any other hygeine and sanitation supplys.

1

Defendant's constantly obstructs plaintiff access to the courts, causes plaintiff (Administrative Remedies) To be Rejected As untimely by (Regional Director) ETC. So plaintiff cannot properly Exhaust Remedies in a timely manner To Adequately petition the courts for (redress of grievances) and (due process of Rights) defendants constantly harrass plaintiff, Threatening plaintiff's life, Assaulting plaintiff, by choken, slamming plaintiff head into the ground, Applying Ambulatory Restraints unnecessary Tight on plaintiff causing irrepearable bruising and scarring/ discoloration to plaintiff's wrists, kicking and punching plaintiff in different areas of plaintiff's body, causing irrepearable injurys To plaintiff's (neck)(left shoulder,)(back,)(left Ankle,) and so forth. Plaintiff has on numerous occassions seeked help from (Attorney, Edwin P. ARO) To No Avail, other inmates and plaintiff's within ADX has Attempted to speak To (Edwin P. ARO) and has Accomplished that goal Alerting (Mr. ARO) About the harsh conditions and Actions plaintiff Antoine Bruce is being subjected To, yet no help has arrived For plaintiff, plaintiff, Antoine Bruce life's is in extreme danger of himself and ADX staff member's, THE INSTITUTION, WARDEN, D. Berkebile, Associate WARDENS, (T. HALL) (. Juliana ), ( . Johnson), (captain- s. snider), numerous Lieutenants and Psychology Dept. staff (Dwnat-cheif of psychology,) (Dr. J. coulter), (Dr. J. MCCARTHY), (Dr. B. KASdon) and (Dr. K. moody) All has and ARE still currently playing An Active Role in subjecting plaintiff to the harsh unconstitutional conditions and Actions which has Excerberated plaintiff Antoine Bruce "mental Illness", plaintiff rarely sleeps, hear voices, see Demons, lack of Appetite, lack of energy, has on numerous occassions within the current month of January 2014 started a fire in his cell Attempting To commit suicide and not even recalling the incident occuring when questioned by staff. plaintiff STATES he is not suicidal which is clearly false. This is notification To the court/Judge that plaintiff Antoine Bruce vows To kill himself if a pliminary conference hearing is not scheduled with the judge. I would and will kill myself than to allow this warden, and his underlings kill me which they have come close to doing several times, They have refused me my food on a dozens occassions.

I declare the forgoing statement/declaration is true and correct under penalty of purjury pursuant To 28 U.S.C.§ 1746.

Antoine Bruce

U.S.P. ADMAX/ADX

P.O. BOX 8500

Florence, CO 81226

PDS, Print All Documents

*B - copy*
*24 - copys*

**SENSITIVE BUT UNCLASSIFIED**



# Federal Bureau of Prisons
# Psychology Data System

**Date-Title:** 09-21-2005 - Current Diagnosis

**Reg Number-Name:** 35363-007 - BRUCE, ANTOINE    **Unit/Qtrs:** BREWER SMU, Z05-124LAD

**Author:** LISA L. MORSHEAD, Ed.D., CH PSYCH

**Institution:** CUM - CUMBERLAND FCI

---

**AXIS I:**   Major Depressive Disorder - Single Episode

Psychotic Disorder NOS

**AXIS.II:**   Antisocial personality Disorder

## Comments:

The inmate has been diagnosed with Depression with Psychotic features due to the presence of a mood disorder accompanied by auditory hallucinations. The inmate is receiving on-going psychiatric care and also has an MDS code for "mental illness". Current medications include Prosaic and Geodon. Based on the inmate's history, a diagnosis of Antisocial personality Disorder on Axis II is also likely warranted.

**SENSITIVE BUT UNCLASSIFIED**