IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-01570-RPM

HAROLD CUNNINGHAM,
CARLTON DUNBAR,
JOHN W. NARDUCCI, JR.,
JEREMY PINSON,
JOHN POWERS,
ERNEST NORMAN SHAIFER, and
MARCELLUS WASHINGTON,
Each individually and on behalf of all others similarly situated,
        and
CENTER FOR LEGAL ADVOCACY
d/b/a the Legal Center for People With Disabilities and
Older People, Colorado's Protection and Advocacy System,


        Plaintiffs,
vs.

FEDERAL BUREAU OF PRISONS,

        Defendants.

_____

ORDER EXTENDING TIME TO RESPOND TO MOTION FOR CLASS CERTIFICATION
_____

Upon review of Defendant's unopposed motion for extension of time, to and including February 11, 2014, to respond to Plaintiffs' Motion for Certification of a Class for Screening and Diagnosis of Mental Illness, it is

ORDERED that the motion is granted.

DATED:   January 30th, 2014

                                BY THE COURT:

                                s/Richard P. Matsch
                                _____
                                Richard P. Matsch, Senior Judge