# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01570-RPM

HAROLD CUNNINGHAM,
CARLTON DUNBAR,
JOHN W. NARDUCCI, JR.,
JEREMY PINSON,
JOHN J. POWERS,
ERNEST NORMAN SHAIFER, and
MARCELLUS WASHINGTON,

each individually and on behalf of all others similarly situated,

and

CENTER FOR LEGAL ADVOCACY
D.B.A. THE LEGAL CENTER FOR PEOPLE
WITH DISABILITIES AND OLDER PEOPLE,
COLORADO'S PROTECTION AND ADVOCACY
SYSTEM,

    Plaintiffs,

v.

FEDERAL BUREAU OF PRISONS.

    Defendant.

## SUPPLEMENT TO PROTECTIVE ORDER

Pursuant to Fed. R. Civ. P. 26(c) and 5 U.S.C. § 522a, and upon a showing of good cause in support of the supplementation of the Protective Order previously entered by the Court (Docket Number 85) to protect the production, discovery and dissemination of confidential information and/or sensitive data or records,

IT IS HEREBY ORDERED: Documents relevant to this litigation may include materials encompassed by the Privacy Act of 1974, 5 U.S.C. § 522a. If Defendant produces to Plaintiffs information that constitutes a "record" (as defined in the Privacy Act, 5 U.S.C. § 552a(a)(4)) that would otherwise be protected by the Privacy Act, this Supplement to Protective Order is an order of the Court for purposes of 5 U.S.C. § 552a(b)(11), which allows for such production pursuant to court order. Defendant is hereby authorized to release such information pursuant to 5 U.S.C. § 552a(b)(11).

Defendant may designate the aforementioned information as CONFIDENTIAL subject to the Protective Order entered August 6, 2013 (Docket No. 85). CONFIDENTIAL Documents shall not be disclosed or used for any purpose other than the litigation of this case, except as allowed by the Protective Order entered August 6, 2013 (Docket No. 85) or otherwise ordered by the Court.

Dated: January 30, 2014

Richard P. Matsch
United States District Judge

Approved as to Form and Content:

By: s/ Robert P. Taylor
ARNOLD & PORTER LLP
Three Embarcadero Center
10th Floor
San Francisco, CA 94111
Telephone: 415-471-3100
Robert.taylor@aporter.com

*Attorneys for Plaintiffs*

By: s/ Amy L. Padden
Assistant United States Attorney
Deputy Chief, Civil Division
1225 Seventeenth Street, Suite 700
Denver, CO 80202
Telephone: 303-454-0100
amy.padden@usdoj.gov

*Attorneys for Defendant*