HAROLD cunningham v.

Bureau of Prisons et al.,

1:12-CV-01570-RMP

In the United States District Court
for the District of Colorado

Antoine BRUCE

VS

Federal BUREAU OF PRISONS et al.,

(1:12-CV-01570-RMP)
Case number

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR - 6 2014

JEFFREY P. COLWELL
CLERK

## Motion to Remove Party as Plaintiff

Comes now the plaintiff Antoine Bruce hereby notifying this court of my wishes to be Removed as a Plaintiff to thee above mentioned civil action, I Bring to this courts attention that attorney edwin P ARO has Refused to Keep me updated on the status of the lawsuit, he has failed to Respond to my correspondance, he has consulted with adx staff in my name without my consent, he has

never INVESTIGATED any of my claims for STAFF ABUSE, I am of the opinion that edwin P ARO is CONCEALING the abuse of the mentally ill at adx, he is attempting to cash in on 6 million Dollars in Legal fees and me and all of thee original parties Aggree that edwin P ARO is a FRAUD and he is submitting false DOCUMENTATION TO THIS COURT in my name, so i NOW wish to be terminated from edwin P ARO CiViL ACTiON and i also want the COURT TO KNOW edwin P ARO has NOT DONE Any work for me.

REQUESTED RELIEF: I WISH FOR THIS COURT TO ORDER me REMOVED FROM THIS CIVIL ACTION and "TERMinated as a PARTY" and any Legal fees edwin P ARO was going to collect in my name should be placed under INVESTigation.

page two

## Certificate of Service

This motion was placed in the United States mail to be Delivered to The United States District Court on 2-5-2014.

Plaintiff Return address
Antoine Bruce
35363-007
United States Penitentiary max
PO Box 8500
Florence, CO. 81226-8500