United States District Court
District of Colorado

No. 12-CV-1570-RPM-MEH

Harold Cunningham, et al.
    Plaintiffs,

v.

Federal Bureau of Prisons,
    Defendant

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
APR - 1 2014
JEFFREY P. COLWELL
CLERK

## Motion For Appointment of Counsel

Comes now the Plaintiff Jeremy Pinson, pro se, and asks this Court to exercise its discretion to appoint counsel under 28 U.S.C. 1915(e)(1) from its Civil Pro Bono Panel and/or place plaintiff on the Court's list of plaintiff's seeking counsel. Although plaintiff will prosecute his own claims to the best of his ability it would be more efficient for the Court, Co-Counsel, and other parties if trained counsel prosecuted these claims. The plaintiff is currently preparing to have an associate begin calling Pro Bono Coordinators at all Colorado law firms, this request is also submitted based upon this Court's experience in locating pro bono counsel when it chooses to do so.
    It is So Prayed.

Jeremy Pinson #16267-064
P.O. Box 8500
Florence CO 81226

## Certificate of Service

I certify service via U.S. Mail upon AUSA Amy Padden, Edwin Aro on 3-26-14.

*Jeremy Pinson*
Jeremy Pinson