# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01570-RPM

HAROLD CUNNINGHAM,
CARLTON DUNBAR,
JOHN W. NARDUCCI, JR.,
JEREMY PINSON,
JOHN J. POWERS,
ERNEST NORMAN SHAIFER, and
MARCELLUS WASHINGTON,
Each individually and on behalf of all others similarly situated,
and
CENTER FOR LEGAL ADVOCACY
D.B.A. THE LEGAL CENTER FOR PEOPLE
WITH DISABILITIES AND OLDER PEOPLE,
COLORADO'S PROTECTION AND ADVOCACY SYSTEM,

    Plaintiffs,

v.

FEDERAL BUREAU OF PRISONS,

    Defendant.

_____

## ORDER GRANTING JOINT MOTION TO STAY
_____

This matter is before the Court on the Joint Motion to Stay, which seeks a 60-day stay of the proceedings in this case, with the exception of written discovery, document production, and the continuing settlement conferences. Upon consideration of the motion, the Court finds that it should be GRANTED. The proceedings in this case are stayed, with the exception of written discovery, document production, and the continuing settlement conferences, up to and including June 13, 2014.

DATED this 16th day of April, 2014.

                          BY THE COURT:

                          s/Richard P. Matsch

                          _____
                          Richard P. Matsch, Senior U.S. District Judge