United States District court
For the District of Colorado

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
APR 18 2014
JEFFREY P. COLWELL
CLERK

HAROLD CUNNINGHAM et. al.,

V.

CASE NO. 12-CV-01570-RPM

FEDERAL BUREAU OF PRISONS,

Suggestion of death upon the records under rule 25(A),(1)

I hereby Antoine Bruce As personal representative of ANTOINE BRUCE hereby suggest upon the records the death of ANTOINE BRUCE pursuant to Federal rule of procedure Rule 25(A),(1).

_____
PERSONAL REPRESENTATIVE

4/16/2014
DATE