IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CUNNINGHAM et. al.,

V.

FEDERAL BUREAU OF PRISONS.

CASE NO. 1:12-CV-01570-RMP

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
MAY - 5 2014
JEFFREY P. COLWELL
CLERK

## MOTION TO BE REMOVED AS A "SUBCLASS MEMBER" AND DISMISSED FROM THIS ACTION CITED AS: CUNNINGHAM et.al., V. FEDERAL BUREAU OF PRISONS. DUE TO "INEFFECTIVE ASSISTANCE OF COUNSEL".

COMES now a "Subclassmember" ANTOINE BRUCE who is hereby fully competent submitting this motion to the court's to be removed from this civil action cited as: Cunningham et.al., V. Federal Bureau of Prisons. As a Subclassmember on the following grounds:

#1.) Edwin P. Aro has refused on majority standings to keep subclassmember A. Bruce updated on the status of the lawsuit.

#2.) Attorney Edwin P. Aro has failed to respond to numerous correspondence of subclassmember A. Bruce pertaining to staff abuse of subclassmember A. Bruce which has resulted in subclassmember A. Bruce sustaining mental, emotional & physical irrepearable injuries on a by daily basis.

#3.) Attorney Edwin P. Aro has consulted with ADX Staff upon knowledge & belief of Subclassmember A. Bruce in Subclassmember A. Bruce name without his consent.

1

#4.) Upon knowledge & belief Edwin P. Aro never investigated any of Subclassmember A. Bruce claims of ADX staff abuse to which Subclassmember A. Bruce am of the opinion that Attorney Edwin P. Aro is concealing the abuse of certain mentally Ill persons/prisoners at ADX especially Subclassmember A. Bruce thus attempting to collect/cash in on as much money in legal fees as possible.

#5.) Subclassmember A. Bruce continues to be confined within the Special Housing Unit (SHU) where he has been for three (3) consecutive years and counting constantly being mentally, emotionally & physically abused on a by daily basis on (202/A-Lower Range cell #104), thus Subclassmember A. Bruce has been isolated from all other prisoners housed in Special Housing Unit (SHU) with no active justification besides retaliation due to participating within this active lawsuit.

#6.) Attorney Edwin P. Aro has allowed ADX Staff (e.g., Psychology Department Staff) to fabricate, falsify Government documents (e.g., Psychology Data System Files (PDS)/Records of Subclassmember A. Bruce staten that A. Bruce is not mentally Ill but rather manipulative in nature and has a AXIS II of "Anti-Social personality disorder" rather then an AXIS I disorder, thus Subclassmember A. Bruce should be placed in a AXIS II psychology treatment program rather then an AXIS I mental health unit which is untrue and Subclassmember A. Bruce has provided Attorney Edwin P. Aro with several documents that concludes that Subclassmember A. Bruce is actually mentally Ill and has been since the year of (1988) at the age of (5-years old) and has a family history of mental illness.

#7.) Subclassmember A. Bruce and all of thee original parties of this Action agree that Attorney Edwin P. Aro is a ("FRAUD") as stated before in (Doc. No. 180) filed 03/06/2014 USDC Colorado Page 2 of 3, thus subjecting "plaintiffs", "Interested Individuals", "The Legal Center for people with Disabilities and older people", "The Legal Center for people with Disabilities and older people (CLA) constituents, the Prisoner class and the Subclass Subc members to inpart "Fraudulent Concealment" &/or "Ineffective Assistance of Counsel", thus Subclass-member A. Bruce motions/request's to be removed as a "Subclassmember" and dismissed from this Civil-Action cited as: Cunningham et.al., v. Federal Bureau of Prisons, 1:12-cv-01570-RMP.

2.

#8.) Subclassmember A. Bruce wishes to notify the court's that Attorney Edwin P. Aro started out as a positive Attorney in this civil Action but as this civil Action continued to flow through transformed into a negative force in this civil Action allowing numerous partie members to be retaliated Against and Abused in various Forms "&" Fashions.

#9.) REQUESTED RELIEF: Subclassmember A. Bruce motion's/Request's this court to remove him As a "SubClass-member" and Dismiss him from this civil Action cited As: Cunningham et.al., V. Federal Bureau OF Prisons. DUE TO "INEFFECTIVE ASSISTANCE OF COUNSEL". Additionally any Legal FEES ATTORNEY EDWIN P. ARO WAS GOING TO COLLECT IN SUBCLASSMEMBER A. Bruce name should be placed under investigation and revoked, for Attorney Edwin P. Aro has performed little to no work for me during the process of this civil action.

Executed by: A.M.Bruce

Executed on: 4/20/2014

## "DECLARATION"

I DECLARE AND/OR CERTIFY THAT THE FOREGOING MOTION TO BE REMOVE AS A "SUBCLASSMEMBER" AND DISMISSED FROM THIS ACTION CITED AS: CUNNINGHAM et.al., v. FEDERAL BUREAU OF PRISONS. DUE TO "INEFFECTIVE ASSISTANCE OF COUNSEL". IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF UNDER PENALTY OF PERJURY PURSUANT TO 28 U.S.C. §1746.

IT'S SO PRAYED

Plaintiff: A.M.Bruce #35363-007.

DATE: 4/20/2014/

3.

## CERTIFICATE OF SERVICE

Antoine Bruce,

   plaintiff/Subclassmember.

STATES THE FOLLOWING: The foregoing motion "To Be removed as a 'Subclassmember' And dismissed from this Action Cited as: Cunningham et.al., v. Federal Bureau OF Prisons., 1:12-CV-01570-RMP. Due to ineffective Assistance OF counsel." was placed in the United States mail to be Dilivered to The United-States District Court: Alfred A. Arraj United States courthouse Room A-105 901 19th Street. Denver, Colorado 80294-3589 On: 4/21/2014

Plaintiff Return Address:

   Antoine Bruce

   35363-007

   United States Penitentiary-ADMAX/ADX

   P.O. Box 8500 Florence, CO 81226-8500