# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01570-RPM

HAROLD CUNNINGHAM,
CARLTON DUNBAR,
JOHN W. NARDUCCI, JR.,
JEREMY PINSON,
JOHN J. POWERS,
ERNEST NORMAN SHAIFER, and
MARCELLUS WASHINGTON,
Each individually and on behalf of all others similarly situated,
and
CENTER FOR LEGAL ADVOCACY
D.B.A. THE LEGAL CENTER FOR PEOPLE
WITH DISABILITIES AND OLDER PEOPLE,
COLORADO'S PROTECTION AND ADVOCACY SYSTEM,

    Plaintiffs,

v.

FEDERAL BUREAU OF PRISONS,

    Defendant.

_____

## ORDER GRANTING MOTION FOR PROTECTIVE ORDER
_____

    This matter is before the Court on Defendant's Motion for Protective Order, which seeks an order that Defendant is not required to respond to any *pro se* discovery requests by Plaintiff Jeremy Pinson, including the pending set of requests dated April 18, 2014. For the same reasons that the Court has granted a partial stay of the proceedings in this case, the Court finds that the motion for protective order should be GRANTED. It is hereby

ORDERED that Defendant is not required to respond to any *pro se* discovery requests by Plaintiff Jeremy Pinson, including the pending set of requests dated April 18, 2014.

DATED this 21st day of May, 2014.

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge