# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01570-RPM

HAROLD CUNNINGHAM,
CARLTON DUNBAR,
JOHN W. NARDUCCI, JR.,
JEREMY PINSON,
JOHN J. POWERS,
ERNEST NORMAN SHAIFER, and
MARCELLUS WASHINGTON,
Each individually and on behalf of all others similarly situated,
and
CENTER FOR LEGAL ADVOCACY
D.B.A. THE LEGAL CENTER FOR PEOPLE
WITH DISABILITIES AND OLDER PEOPLE,
COLORADO'S PROTECTION AND ADVOCACY SYSTEM,

    Plaintiffs,

v.

FEDERAL BUREAU OF PRISONS,

Defendant.

_____

# ORDER GRANTING SECOND JOINT MOTION TO STAY
# AND TO EXTEND DEADLINES
_____

This matter is before the Court on the Second Joint Motion to Stay and to Extend Deadlines, which seeks a 60-day stay of the proceedings in this case, with the exception of written discovery, document production, and the continuing settlement conferences, and a corresponding 60-day extension of the pending deadlines.

Upon consideration of the motion, the Court finds that it should be GRANTED. The proceedings in this case are stayed, with the exception of written discovery, document production, and the continuing settlement conferences, up to and including August 12, 2014. Further, the scheduling order deadlines are extended as follows:

> Expert reports and Rule 26(a)(2) disclosures for the party bearing the burden of persuasion on the issues for which the opinions are offered: September 2, 2014.
>
> Contradicting expert reports and Rule 26(a)(2) disclosures: October 2, 2014.
>
> Any rebuttal opinions: November 3, 2014.
>
> Fact and Expert Discovery Cutoff: December 31, 2014.
>
> Dispositive Motions: February 17, 2015.
>
> Oppositions to Dispositive Motions: March 24, 2015.
>
> Replies to Oppositions to Dispositive Motions: April 17, 2015.

DATED this 6th day of June, 2014.

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch
Senior U.S. District Judge