IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-01570-RPM

HAROLD CUNNINGHAM,
CARLTON DUNBAR,
JOHN W. NARDUCCI, JR.,
JEREMY PINSON,
JOHN POWERS,
ERNEST NORMAN SHAIFER, and
MARCELLUS WASHINGTON,
Each individually and on behalf of all others similarly situated,
    and
CENTER FOR LEGAL ADVOCACY
d/b/a the Legal Center for People With Disabilities and
Older People, Colorado's Protection and Advocacy System,

    Plaintiffs,
vs.

FEDERAL BUREAU OF PRISONS,

    Defendants.
_____

ORDER GRANTING THIRD JOINT MOTION TO STAY AND TO EXTEND DEADLINES
_____

    This matter is before the Court on the Third Joint Motion to Stay and to Extend Deadlines, which seeks a 90-day stay of the proceedings in this case, with the exception of written discovery, document production, and the continuing settlement conferences, and a corresponding 90-day extension of the pending deadlines.

    Upon consideration of the motion, the Court finds that it should be GRANTED. The proceedings in this case are stayed, with the exception of written discovery, document production, and the continuing settlement conferences, up to and

including November 25, 2014. Further, the scheduling order deadlines are extended as follows:

1. Expert reports and Rule 26(a)(2) disclosures for the party bearing the burden of persuasion on the issues for which the opinions are offered: December 1, 2014.

2. Contradicting expert reports and Rule 26(a)(2) disclosures: January 2, 2015.

3. Any rebuttal opinions: February 2, 2015.

4. Fact and Expert Discovery Cutoff: March 31, 2015.

5. Dispositive Motions: May 15, 2015.

6. Oppositions to Dispositive Motions: June 24, 2015.

7. Replies to Oppositions to Dispositive Motions: July 17, 2015.

DATED:   August 26th, 2014

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior Judge