IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-01570-RPM

HAROLD CUNNINGHAM,
CARLTON DUNBAR,
JOHN W. NARDUCCI, JR.,
JEREMY PINSON,
JOHN POWERS,
ERNEST NORMAN SHAIFER, and
MARCELLUS WASHINGTON,
Each individually and on behalf of all others similarly situated,
    and
CENTER FOR LEGAL ADVOCACY
d/b/a the Legal Center for People With Disabilities and
Older People, Colorado's Protection and Advocacy System,

    Plaintiffs,
vs.

FEDERAL BUREAU OF PRISONS,

    Defendants.
_____

## ORDER FOR STATUS REPORT
_____

On August 26, 2014, this Court entered an Order Granting Third Joint Motion to Stay and to Extend Deadlines. That stay order expired on November 25, 2014. In the same order, times for discovery were extended. It is now

ORDERED that on or before December 15, 2014, the parties shall submit a status report to enable the Court to set a hearing on the pending motion for class certification.

DATED:   December 1st, 2014

                                  BY THE COURT:

                                  s/Richard P. Matsch
                                  _____
                                  Richard P. Matsch, Senior Judge