FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC - 2 2014

JEFFREY P. COLWELL
CLERK

United States District Court
District of Colorado

No. 12-CV-01570-RPM-MEH

Harold Cunningham, et al.
Plaintiff,

V.

Federal Bureau of Prisons,
Defendant

STATUS REPORT ON PLAINTIFF PINSON

Comes now Jeremy Pinson and supplies the following status report for consideration of the parties and the Court:

1. Plaintiff Pinson was removed from ADX Florence following a diagnosis by the expert witnesses chosen by the BOP that Pinson was seriously mentally ill (Exhibit A).

2. Doctors at the U.S. Medical Center in Springfield, Mo concurred that Pinson was mentally ill (Exhibit B).

3. Pinson spoke to counsel Deborah Golden by phone and conveyed to her a request to make it known to the Court Pinson will agree to settling Pinson's claims in this case if BOP will stipulate to not return Pinson to ADX and permit treatment long-term at USP Tucson or FCC Butner in an appropriate program.

4. If BOP does stipulate it does not intend to return Pinson to ADX, as a matter of law Pinson's claims *May* become moot. Pinson is

not conceding this point but suggests it is a point in need of further briefing if a settlement is reached not including Pinson.

Wherefore this report is submitted to the Court 11-24-14.

[signature]

Jeremy Pinson #16267-064
P.O. Box 4000
Springfield MO 65801

Certificate of Service

I certify service upon plaintiff counsel and AUSA Amy L. Padden via U.S. Mail, first class postage prepaid, on 11-24-14.

[signature]

Jeremy Pinson