Exhibit A

| BP-A0770<br>JUN 10 | MEDICAL/SURGICAL AND PSYCHIATRIC REFERRAL REQUEST | | | CDFRM |
|---|---|---|---|---|

**U.S. DEPARTMENT OF JUSTICE**          **FEDERAL BUREAU OF PRISONS**

TO: CMDT, CENTRAL OFFICE    EMAIL: BOP-HSD/MEDICAL DESIGNATIONS    PHONE: (202) 514-9780

Date: 9-26-2014      Institution: FLX–FLORENCE FCC

| INMATE NAME: | PINSON<br>(Last) | JEREMY<br>(First) | V<br>(MI) | REG. NO.:   16267-064 |
|---|---|---|---|---|

Sex:    X Male      ___ Female           Date of Birth:   02/05/1986    Age:   28

Prepared by: (MD, PhD, HSA)   Moody, Kristen Psy.D.    *K. Moody, Psy.D*    Phone: 719-784-9464 x6289

Name of Referring Physician or Psychologist: Davis, F. PsyD    *9/24/14*    Phone: 719-784-9464

Reviewed and Approved by CD: Santini, G. MD    Date: *9/26/14*    Phone: 719-784-9464 x 6214

Approved By: D. Berkebile (Warden)    Date: *26 Sep 14*

Referral Type:    ___ EMERGENCY    X ROUTINE-URGENT    ___ ROUTINE

Has patient signed a consent for treatment:    ___ YES    X NO
(Not required for Mental Health or involuntary treatment)

Is required treatment available in local community:    ___ YES    X NO

If not, please explain:   Due to inmate's security level, treatment in the community is not feasible

Principle reason for referral to (check one):
___ MRC Med/Surg (Please specify: ___ LTC ___ PT ___ SURG ___ ONC)
X MRC MH
___ Axis II Program

Diagnoses: (For MH use current DSM criteria for Axis I, II, and III)

AXIS I:   Adjustment Disorder, with Mixed Disturbance of Emotions and Conduct

AXIS II:   Antisocial Personality disorder
       Other Specified Personality
       Disorder, with Mixed Cluster B Traits

SMD Code:

HT: 6 ft. 1 in.    WT: 270.5 lbs.      Significant ___ gain ___ loss ___ lbs.

NARRATIVE SUMMARY: (include symptoms and duration, past relevant hospitalizations at MRCs, consultations/procedures, est. duration of treatment, relevant laboratory data, diagnostic procedures required, completed tests and results, X-Ray studies, and proposed treatment goals.)

Inmate Jeremy Pinson, Federal Number 16267-064, is a 28-year-old, Caucasian male who is currently spending a 240 month sentence in the Bureau of Prisons. He is currently housed at USP Florence Administrative Maximum. He was remanded to BOP custody on 7/7/2006 and has spent time in several facilities including Beaumont, Florence, Victorville, Talladega, and Fort Worth. He arrived at the ADX on 2/25/2011. Though this transfer request was prepared by Dr. Davis (ADX Psychologist) this narrative was formulated in conjunction with information and professional opinions issued by Drs. St. Amant and Ong during an external evaluation of the inmate.

Inmate has had frequent contacts with the Psychology department since he entered the BOP. Inmate has a history of Sexual Abuse

FLM–FLORENCE ADMAX USP

Contacts, Suicide Risk Assessments, Suicide Watches, Clinical Contacts, Diagnostic and Care Formulations, Hunger Strike Reviews, and Restricted Housing Reviews (i.e., SMU, ADX, and SHU). Inmate has had diagnoses ranging from Schizoaffective Disorder to Borderline Personality Disorder. Inmate is currently a CARE2-MH and has been at least this level since 1/2013. He was a CARE3-MH from 7/23/2013 until 12/16/2013. Afterward, he was reverted back to a CARE2-MH designation.

Regarding treatment, Inmate Pinson has been previously put in for the STAGES program at FCI Terre Haute but security and custody levels prohibited that transition. He is currently being considered for possible placement in the secure STAGES program at USP Florence. He is currently compliant with a regimen of Carbamazepine 200mg PO BID and Gabapentin 1800mg (600mg Tab x3) PO QAM and 1200mg (600mg Tab x2) PO QPM. Neither of these medications are for psychological issues. Most recently, Inmate was on Citalopram 20mg PO QPM and Valproic Acid 500mg (250mg capsule x2) PO QPM but refused the medications (both D/C on 3/27/2014). Inmate is now interested in restarting his medications and has a pending referral for the Psychiatrist to.

Inmate presents with multiple reported symptoms. He has indicated to me that he deals with paranoia, depression, and suicidal thoughts. I have observed that inmate often presents in a way that increases his perceived level of power, often by not working with those that he finds to be intellectually inferior. He engages in parasuicidal behavior where he may make a noose but not place pressure against his neck or he will cause his nose to bleed and "paint" the cell with his blood. He has indicated to me that there are times that he will be deceitful to staff to get what he wants. He indicated that staff seem to "have it out" for him because they refuse to let him out of the ADX. This is often the reason for his frustrations and the cause of any SRAs being performed. Most recently, inmate has stated to me that he is having problems with gender dysphoria and feeling that I am a CIA agent. When staff is asked about inmate's presentation, it is usually stated that inmate is not presenting differently from normal, which suggests that the more pronounced psychotic issues may be malingering by nature. Overall, ADX Psychology staff view inmate Pinson's case as predominantly characterological with some possible mood components that may present.

These clinical impressions differ dramatically from those made during an interview in August of 2014 by Dr. St. Amant and Dr. Ong. The interviewers were brought in to assess multiple inmates due to ongoing litigation. During their assessment, their clinical impressions were that inmate Pinson suffers from Autistic Spectrum Disorder; Schizoaffective Disorder, Bipolar Type; Gender Dysphoria; and Antisocial Personality Disorder. Inmate Pinson has just begun to disclose Gender Dysphoria issues in session and further evaluation regarding this issue would be beneficial. It is the opinion of the ADX Psychology Department that these discrepancies be addressed and a full assessment be conducted to determine the best course of action in the inmate's treatment. To do this, inmate Pinson would be best served by a transfer to a medical center for further evaluation and determination of most appropriate placement based on current mental health needs.

MELD SCORE: _____ (Chronic liver disease referrals only)

| Current Medications (List ALL and doses):<br><br>Compliant with regimen: **X** YES ___ NO | Benzonatate 100 MG CAP  Exp: 10/01/2014  SIG: Take one capsule by mouth three times daily for 5 days<br>carBAMazepine 200 MG Tab  Exp: 12/21/2014  SIG: ***pill line*** Take one tablet by mouth twice daily for seizures<br>Gabapentin 600 MG Tab  Exp: 12/14/2014  SIG: ***pill line*** Take three tablets by mouth each morning and—Take two tablets by mouth each evening ***crush/empty***<br>Sulfamethoxazole/Trimeth 800mg /160mg tab  Exp: 10/06/2014  SIG: Take one tablet by mouth twice daily for 10 days |
| --- | --- |
| Sex:   **X** Male   ___ Female | Date of Birth:   02/06/1986   Age:   28 |

Special medical equipment in-transit: (All durable medical goods must accompany the inmate to the designated facility.)

___ wheelchair   ___ walker   ___ cane   ___ crutches   ___ C-pap   ___ Other:

**MEDICAL ISSUES:**

Currently hospitalized: ___ YES   **X** NO   Date: _____

Stable for transfer: ___ YES   ___ NO

| | |
| --- | --- |
| ___ IV required | ___ Assistance with ADLs required |
| ___ Hospice | ___ Long-term treatment/rehabilitation |
| ___ Physical Therapy | ___ Incontinent |
| ___ Wound care | ___ Drug withdrawal |
| ___ Seizures | ___ Oxygen |
| ___ Cardiac monitoring | ___ Diabetic care |

FLM–FLORENCE ADMAX USP

| ___ Sickle Cell | |
|---|---|

___ Allergic reaction: (specify)

**PSYCHIATRIC ISSUES: (For MRC MH referrals only. For Step-down referrals, please utilize transfer form in guidelines. For Axis II referrals, skip this section)**
The inmate has a valid DSM Axis I diagnosis and meets at least one of the following criteria from A and one from B (check all that apply):

A.    ___ Dangerousness (check all that apply)

　　　　___ Exhibits suicidal or self harm thoughts or behaviors, secondary to a psychiatric illness other than antisocial or borderline personality disorder
　　　　___ Exhibits homicidal·or assaultive thoughts or behaviors, secondary to a psychiatric illness other than antisocial or borderline personality disorder
　　　　___ Manifests, or will soon manifest, severe-deterioration in functioning secondary to a psychiatric illness other than antisocial or borderline personality disorder

　　___ Acute impairment in ability to function socially or in basic activities of daily living
　　___ Currently experiencing psychiatric symptoms intolerable to self or extremely disruptive to the correctional environment
　　___ Aggressive outpatient therapy has failed. Please describe:
　　X Due to complex presentation, psychiatric hospitalization is necessary for evaluation and/or diagnosis.
　　Please describe: Inmate requires prolonged evaluation for diagnostic clarification
　　___ Involuntary commitment may be needed due to inmate noncompliance and severe mental illness

B.    Emergency medication has been considered, and (check one):

　　X Inmate does not meet the criteria of being gravely disabled or being a danger to self or others
　　___ Emergency medication was given on _____ (date), but the inmate continues to refuse voluntary medication and/or remains acutely and severely mentally ill.

| **RECOMMENDED MODE OF TRAVEL** | ___ Commercial air |
|---|---|
| ___ Air ambulance | ___ Institution vehicle |
| _X_ Air charter | ___ BOP/USM airlift |
| ___ Ground ambulance | ___ BOP bus |
| Security Level:  HIGH | Custody Level:  MAX |

| Current Offense/Charge:        Treats against President; False Statement; Threat to Juror |
|---|
| Projected Release Date:        11/19/2025 |

CIMS Considerations: (Pending incident reports, separatees, threat group affiliations, etc.)

CIM: Separation; Threats to Government Officials
STG: Assault on Correctional Staff, History of Introduction of Drugs, History of Compromising Staff, Threats to Judiciary, History of Mail Abuse, Secret Service list, History of Treats to Staff

---

**FOR USE BY OMDT:**

___ APPROVED    ·   ___ MRC REQUIRED:

Projected length of stay: ___ days    ___ months

___ DENIED        Comments:

---

Distribution: Medical File - Informational copy, Central File - completed copy, OMDT

(This form may be replicated  via WP)                                    This form replaces BP-S770 dtd JAN 03

FLM—FLORENCE ADMAX USP