**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:12-cv-01570

HAROLD CUNNINGHAM,
CARLTON DUNBAR,
JOHN W. NARDUCCI, JR.,
JEREMY PINSON,
JOHN J. POWERS,
ERNEST NORMAN SHAIFER,
and MARCELLUS WASHINGTON,

each individually and on behalf of all others similarly situated,

and

CENTER FOR LEGAL ADVOCACY
D.B.A. THE LEGAL CENTER FOR PEOPLE
WITH DISABILITIES AND OLDER PEOPLE,
COLORADO'S PROTECTION AND ADVOCACY
SYSTEM,

Plaintiffs,

vs.

FEDERAL BUREAU OF PRISONS,

Defendant.

**PLAINTIFFS' RESPONSE TO DOCKET NUMBER 241**

Plaintiffs respectfully respond as follows to Docket Number 241, which federal inmate Antoine Bruce filed *pro se*. Plaintiffs understand that Mr. Bruce's condition has been evaluated, and is being monitored in accordance with Bureau of Prisons policy. Mr. Bruce is not a plaintiff, however, although he clearly is a member of the putative class and may also be a member of the putative subclass. As such, and given the nature of this Rule 23(b)(2) class action, while Mr.

Bruce may ultimately benefit from any class relief obtained in this case, there is no mechanism available to "remove" him, as he requests.

Respectfully submitted this 26th day of January, 2015.

> Respectfully submitted,
>
> **ARNOLD & PORTER LLP**
>
> By    /s/ Ed Aro
> Edwin P. Aro
> 370 Seventeenth Street, Suite 4400
> Denver, CO 80202
> Telephone: +1 303.863.1000
> ed.aro@aporter.com
>
> Maurice A. Leiter
> 777 S. Figueroa Street
> 44th Floor
> Los Angeles, CA 90017
> Telephone: +1 213.243.4000
> maury.leiter@aporter.com
>
> C. Scott Morrow
> 555 Twelfth Street, NW
> Washington, D.C. 20004
> Telephone: +1 202.942.5000
> scott.morrow@aporter.com
>
> Veronica E. Rendon
> Keri L. Arnold
> 399 Park Avenue
> New York, NY 10022
> Telephone: +1 212.715.1000
> veronica.rendon@aporter.com
> keri.arnold@aporter.com

Nancy L. Perkins
555 Twelfth Street, NW
Washington, D.C. 20004
Telephone: +1 202.942.5000
nancy.perkins@aporter.com


**WASHINGTON LAWYERS' COMMITTEE
FOR CIVIL RIGHTS AND URBAN AFFAIRS**

By     /s/ Deborah Golden
Deborah Golden
11 Dupont Circle, NW
Suite 400
Washington, D.C. 20036
Telephone: +1 202.319.1000
deborah_golden@washlaw.org

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on this 26th day of January, 2015, the foregoing **PLAINTIFFS' RESPONSE TO DOCKET NUMBER 241** was filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record as follows:

      Amy L. Padden
      U.S. Attorney's Office - Denver
      1225 Seventeenth Street, Suite 700
      Denver, CO  80202
      amy.padden@usdoj.gov

      Marcy E. Cook
      U.S. Attorney's Office - Denver
      1225 Seventeenth Street, Suite 700
      Denver, CO  80202
      Marcy.cook@usdoj.gov

and by U.S. Mail, First Class, to:

      Jeremy Pinson, #16267-064
      MCFP Springfield
      Federal Medical Center
      P.O. Box 4000
      Springfield, MO  65801

                                          /s/ Linda J. Teater