IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01570-RPM-MEH

HAROLD CUNNINGHAM,
JOHN W. NARDUCCI, JR.,
JEREMY PINSON,
ERNEST NORMAN SHAIFER,
JOHN POWERS,
CARLTON DUNBAR,
MARCELLUS WASHINGTON, and
CENTER FOR LEGAL ADVOCACY, d/b/a The Legal Center for People with Disabilities and Older People, Colorado's Protection and Advocacy System,

    Plaintiffs,

v.

FEDERAL BUREAU OF PRISONS,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on January 27, 2015.**

    Before the Court is a "Motion/Notification [to Dismiss]" filed by Antoine Bruce [filed January 16, 2015; docket #241]. The Court has received written responses from the Plaintiffs and Defendant and agrees that, as this case is a putative class action pursuant to Fed. R. Civ. P. 23 and Mr. Bruce is not a named Plaintiff in the case, there is nothing from which to remove or dismiss Mr. Bruce. Accordingly, the motion is **denied without prejudice**.