IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01570-RPM-MEH

HAROLD CUNNINGHAM,
JOHN W. NARDUCCI, JR.,
JEREMY PINSON,
ERNEST NORMAN SHAIFER,
JOHN POWERS,
CARLTON DUNBAR,
MARCELLUS WASHINGTON, and
CENTER FOR LEGAL ADVOCACY, d/b/a The Legal Center for People with Disabilities and Older People, Colorado's Protection and Advocacy System,

    Plaintiffs,

v.

FEDERAL BUREAU OF PRISONS,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on February 23, 2015.**

    In light of the temporary stay imposed by Judge Matsch in this case (docket #252), the "Motion for Permissive Joinder Seeking to Join this Case as a Named Plaintiff or Prospective Class Representative pursuant to Fed. R. Civ. P. 20" filed by Antoine Bruce [filed February 13, 2015; docket #253] is **denied without prejudice**.  Mr. Bruce may re-file his motion once the stay of proceedings is lifted.

    Also, in light of the Defendant's response informing the Court that it would send another copy of this Court's January 28, 2015 order to the Plaintiff, the "Notification/Motion [for Copies]" filed by Mr. Bruce [filed February 23, 2015; docket #254] is **denied as moot**.

    The Clerk of the Court is directed to send a copy of this order to Mr. Bruce at the USP Florence ADMAX.