IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-01570-RPM

HAROLD CUNNINGHAM,
CARLTON DUNBAR,
JOHN W. NARDUCCI, JR.,
JEREMY PINSON,
JOHN POWERS,
ERNEST NORMAN SHAIFER, and
MARCELLUS WASHINGTON,
Each individually and on behalf of all others similarly situated,
    and
CENTER FOR LEGAL ADVOCACY
d/b/a the Legal Center for People With Disabilities and
Older People, Colorado's Protection and Advocacy System,

    Plaintiffs,
vs.

FEDERAL BUREAU OF PRISONS,

    Defendants.
_____

## ORDER FOR CONFERENCE
_____

Upon consideration of the Joint Status Report [Doc. 260] filed March 23 2015, it is

ORDERED that a conference is set for **April 22, 2015, at 10:00 a.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado.

DATED: March 24th, 2015

                        BY THE COURT:

                        s/Richard P. Matsch
                        _____
                        Richard P. Matsch, Senior Judge