IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-01570-RPM

HAROLD CUNNINGHAM,
CARLTON DUNBAR,
JOHN W. NARDUCCI, JR.,
JEREMY PINSON,
JOHN POWERS,
ERNEST NORMAN SHAIFER, and
MARCELLUS WASHINGTON,
Each individually and on behalf of all others similarly situated,
    and
CENTER FOR LEGAL ADVOCACY
d/b/a the Legal Center for People With Disabilities and
Older People, Colorado's Protection and Advocacy System,


    Plaintiffs,
vs.

FEDERAL BUREAU OF PRISONS,

    Defendants.
_____

ORDER VACATING DEADLINE FOR ENDORSING EXPERTS
_____

Upon consideration of Plaintiffs' Unopposed Motion to Vacate Deadline for

Endorsing Experts [Doc. 262] filed March 31, 2015, it is

ORDERED that the motion is granted.

DATED: April 1st, 2015

                                        BY THE COURT:

                                        s/Richard P. Matsch

                                        _____
                                        Richard P. Matsch, Senior Judge