Re: Case No. 12-CV-1570-RPM

Jeremy Pinson #16267064

USP Florence - High

P.O. Box 7000

Florence CO 81226

April 27, 2015

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY - 1 2015

JEFFREY P. COLWELL
CLERK

---

I am writing this letter to express my opinion on the implementation of the SECURE Stages Program at USP Florence. It is my opinion that the Bureau of Prisons has engaged in, if not gross incompetence, then deliberate sabotage in the implementation of this program. I do not aspersions lightly. But it is inescapable in this situation. First, the medical department here is operating in a way that is grossly negligent and endangers the lives of patients here. They only come into the unit on average once a week and because even routine orders for laboratory tests or medications seem to require a doctor's cosignature treatment is delayed pending input from Dr. David Allred. He is a piece of work himself. On his first examination of me he told me a story intended to convey to me that no matter how sick I might become, the safety of staff would always be more important to him than treating me. Considering I had given him no cause to make such an offensive statement, it speaks volumes about his frame of mind when approaching inmate healthcare. And his actions show his contempt for inmates is as strong as his words, he routinely spends lengthy periods of time delaying before cosigning the orders of the physician assistant and this causes major problems within the unit especially since even when he does cosign the order other staff responsible for

filling prescriptions or drawing blood take days or even months to fulfill the doctors orders. But there are other problems here as well. The lieutenant assigned to be in this housing unit, is out of this unit more than he is in it, and he has noone filling his position. Thus when inmates become frustrated about operations within the unit they cannot simply call upon a supervisor for help because no supervisor is here all the times that one should be. Then there is the issue with implementation in terms of programs, services, and incentives. Every inmate lured to this unit was done so with the promise that with good behavior would come incentives, tangible and otherwise, the problem is almost 6 months after activation of the program the coordinator of this program has not even obtained approval of the incentive list and this is without even considering the part about acquiring such incentives. Thus everyone was lured here under false pretenses. Except of course the companions who are treated like old-fashioned building tenders, and given all the incentives money can buy. It amazes me how easily money is poured into the side of the unit that mostly spies upon and agitates the participants, but participants are told that money for their participation is "pending approval". Staff are not prepared to provide even the most basic resources in this unit. There is no supply of soap, shampoo, toothpaste, fingernail clippers, etc. for the participants here and we are in essence being held in a Special Housing Unit without the oversight or accountability of a SHU. The unit team is mostly missing in action covering another unit, and staff here seem resentful if an inmate dares complain about anything. As if we should be grateful to our

soul to have been let out of the ADX or SMU without acknowledging that our release from such punitive and gravely unconstitutional programs came about because of litigation and the worst publicity in the history of the Bureau of Prisons not to mention the most expensive and embarrassing public policy debate the agency every had (remember Senator Durbin, anyone?). I don't mean to suggest that the personalities of some here are not pleasant, but if I am being subjected to conditions which clearly violate the constitution on a litany of levels, a good personality alone will not quell my irritation. Thus I write to you to ask you to investigate this situation and correct these grave deficiencies which I find most objectionable. Thank you for your time.