United States District Court
District of Colorado

Civil No. 12-CV-1570-RPM

Jeremy Pinson, et al
Plaintiffs,

v.

Fed. Bureau of Prisons,
Defendant

Notice of Dismissal

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 18 2015

JEFFREY P. COLWELL
CLERK

Comes now Jeremy Pinson pursuant to Rule 41 of the Federal Rules of Civil Procedure and seeks to be voluntarily dismissed without prejudice on the basis that without counsel plaintiff is no longer serving a constructive role in this case. This Court deliberately ignores the motions plaintiff files and the parties should not be put through extensive litigation over whether plaintiff should remain on this case.

Wherefore plaintiff Jeremy Pinson seeks to be dismissed without prejudice from this case and wishes all others the best. Godspeed Ed.

Jeremy Pinson #16267-064
P.O. Box 7000
Florence CO 81226

1

Certificate of Service

I certify service via U.S. Mail upon Ed Aro and Amy Padden via Counselor J. McEvoy to Mail out.

*Jeremy Pinson*
Jeremy Pinson

2