IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01570-RPM-MEH

HAROLD CUNNINGHAM,
JOHN W. NARDUCCI, JR.,
JEREMY PINSON,
ERNEST NORMAN SHAIFER,
JOHN POWERS,
CARLTON DUNBAR,
MARCELLUS WASHINGTON, and
CENTER FOR LEGAL ADVOCACY, d/b/a The Legal Center for People with Disabilities and
Older People, Colorado's Protection and Advocacy System,

      Plaintiffs,

v.

FEDERAL BUREAU OF PRISONS,

      Defendant.

---

## DISMISSAL OF PARTY WITHOUT PREJUDICE

---

**Michael E. Hegarty, United States Magistrate Judge**.

      Before the Court is Plaintiff Jeremy Pinson's Notice of Dismissal filed pursuant to Fed. R. Civ. P. 41 [filed May 19, 2015; docket # 271].  The Court finds the terms of the dismissal proper. In accordance with Fed. R. Civ. P. 41(a)(2), Mr. Pinson's motion is **GRANTED** and his claims against Defendant are **DISMISSED WITHOUT PREJUDICE**, with each party to bear his or its own fees and costs. The Clerk of the Court is directed to remove Mr. Pinson as a Plaintiff in the caption of this case, rendering his pending motions [dockets ## 186, 189] **denied as moot**.

Dated and entered at Denver, Colorado this 22nd day of May, 2015.

BY THE COURT:

Michael E. Hegarty
United States Magistrate Judge