IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-01570-RPM

HAROLD CUNNINGHAM,
PERCY BARRON,
ALPHONSO BLAKE,
JABBAR CURRENCE,
CARLTON DUNBAR,
SCOTT FOUNTAIN,
SEAN GILLESPIE,
CHARLES HIPPS,
RONNIE HOUSTON,
JOHN LAMB,
HERBERT PERKINS,
JOHN J. POWERS,
ARNELL SHELTON, and
MARCELLUS WASHINGTON,

each individually and on behalf of all others similarly situated,

and

CENTER FOR LEGAL ADVOCACY ,
D.B.A. DISABILITY LAW COLORADO,

    Plaintiffs,
v.

FEDERAL BUREAU OF PRISONS,

    Defendant.

**Minute Order Entered by Senior Judge Richard P. Matsch:**


s/M. V. Wentz
  Secretary


    The unopposed motion to set a status and discovery planning conference [Doc. 277] is granted.  The conference is scheduled for **July 30, 2015, at 2:00 p.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado.


DATED: June 30, 2015