# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01570-RPM

HAROLD CUNNINGHAM,
CARLTON DUNBAR,
JOHN W. NARDUCCI, JR.,
JEREMY PINSON,
JOHN J. POWERS,
ERNEST NORMAN SHAIFER, and
MARCELLUS WASHINGTON,
Each individually and on behalf of all others similarly situated,
and
CENTER FOR LEGAL ADVOCACY
D.B.A. THE LEGAL CENTER FOR PEOPLE
WITH DISABILITIES AND OLDER PEOPLE,
COLORADO'S PROTECTION AND ADVOCACY SYSTEM,

    Plaintiffs,

v.

FEDERAL BUREAU OF PRISONS,

    Defendant.
_____

## ORDER GRANTING UNOPPOSED MOTION TO MODIFY
## BRIEFING SCHEDULE FOR DKT. 288
_____

This matter is before the Court on the Plaintiffs' Unopposed Motion to Modify Briefing Schedule for Dkt. 288, Defendant's Partial Motion to Strike Second Amended Complaint.

Upon consideration of the motion, the Court finds that it should be GRANTED. Plaintiffs shall respond to Dkt. 288 no later than September 4, 2015, and Defendants shall file any reply no later than September 25, 2015.

DATED this 18th day of August, 2015.

                              BY THE COURT:

                              s/Richard P. Matsch

                              _____
                              Richard P. Matsch
                              Senior U.S. District Judge