**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Senior District Judge Richard P. Matsch**

Date:                  October 2, 2015
Courtroom Deputy:      Robert R. Keech
FTR Technician:        Kathy Terasaki

---

Civil Action No.  **12-cv-01570-RPM**                          <u>Counsel:</u>

**HAROLD CUNNINGHAM, individually,**                           Edwin P. Aro
**PERCY BARRON, individually,**                                R. Reeves Anderson
**ALPHONSO BLAKE, Individually,**
**JABBAR CURRENCE, Individually,**
**CARLTON DUNBAR, individually,**
**SCOTT FOUNTAIN, Individually,**
**SEAN GILLESPIE, Individually,**
**CHARLES HIPPS, Individually,**
**RONNIE HOUSTON, Individually,**
**JOHN LAMB, Individually,**
**HERBERT PERKINS, Individually,**
**JOHN POWERS, Individually,**
**ARNELL SHELTON, Individually,**
**MARCELLUS WASHINGTON,**
**Individually, and**
**CENTER FOR LEGAL ADVOCACY,**
**d/b/a The Legal Center for People With**
**Disabilities and Older People, Colorado's**
**Protection and Advocacy System,**

    Plaintiffs,

v.

**FEDERAL BUREAU OF PRISONS,**                                 Amy L. Padden
                                                               Marcy E. Cook
    Defendant.

---

**COURTROOM MINUTES**

---

**MOTION HEARING:**  Plaintiffs' Motion to Compel [ECF Doc. No. 305]

|              |                                                                                               |
|--------------|-----------------------------------------------------------------------------------------------|
| **9:56 a.m.**  | **Court in session.**                                                                         |
|              | Court calls case.                                                                             |
|              | Appearances of counsel.                                                                       |
|              | Plaintiffs' Motion to Compel [ECF Doc. No. 305], filed September 11, 2015, is raised for argument. |
| 9:57 a.m.    | Argument by Plaintiffs by Mr. Anderson.                                                       |
| 10:03 a.m.   | Statement by Plaintiffs by Mr. Aro.                                                           |
| 10:04 a.m.   | Statement by Defendant by Ms. Padden.                                                         |
| **10:05 a.m.** | **Court in recess.**                                                                          |
| **10:26 a.m.** | **Court in session.**                                                                         |
| 10:26 a.m.   | Statement by Plaintiff by Mr. Aro.                                                            |
| 10:32 a.m.   | Statement by Defendant by Ms. Padden.                                                         |
| **ORDERED:** | Plaintiffs' Motion to Compel [ECF Doc. No. 305], filed September 11, 2015, is **CONTINUED.**  |
| **10:34 a.m.** | **Court in recess.  <u>Hearing concluded.</u>**                                               |

**<u>Total time:   17 minutes.</u>**