# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01570-RPM

HAROLD CUNNINGHAM,
PERCY BARRON,
ALPHONSO BLAKE,
JABBAR CURRENCE,
CARLTON DUNBAR,
SCOTT FOUNTAIN,
SEAN GILLESPIE,
CHARLES HIPPS,
RONNIE HOUSTON,
JOHN LAMB,
HERBERT PERKINS,
JOHN J. POWERS,
ARNELL SHELTON, and
MARCELLUS WASHINGTON,
Each individually and on behalf of all others similarly situated,
and
CENTER FOR LEGAL ADVOCACY,
D.B.A. DISABILITY LAW COLORADO,

      Plaintiffs,

v.

FEDERAL BUREAU OF PRISONS,

      Defendant.

_____

## ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO MODIFY DEADLINES IN THE SCHEDULING ORDER
_____

This matter is before the Court on Defendant's Unopposed Motion to Modify Deadlines in the Scheduling Order. The Court finds that the motion should be granted.

Accordingly, the deadlines in the Scheduling Order are hereby modified as follows:

Expert reports and Rule 26(a)(2) disclosures for the party bearing the burden of persuasion on the issues for which the opinions are offered: April 1, 2016

Contradicting expert reports and Rule 26(a)(2) disclosures: May 2, 2016

Any rebuttal opinions: June 1, 2016

Fact and Expert Discovery Cutoff: July 1, 2016

Dispositive Motions: August 1, 2016

Oppositions to Dispositive Motions: August 31, 2016

Replies to Oppositions to Dispositive Motions: September 20, 2016

DATED this 22nd day of December, 2015.

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge