IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01570-RPM

HAROLD CUNNINGHAM,
CARLTON DUNBAR,
PERCY BARRON,
ALPHONSO BLAKE,
JABBAR CURRENCE,
CARLTON DUNBAR,
SCOTT FOUNTAIN,
SEAN GILLESPIE,
CHARLES HIPPS,
RONNIE HOUSTON,
JOHN LAMB,
HERBERT PERKINS,
JOHN J. POWERS,
ARNELL SHELTON, and
MARCELLUS WASHINGTON,
each individually and on behalf of all others similarly situated,
and
CENTER FOR LEGAL ADVOCACY,
D.B.A. DISABILITY LAW COLORADO,

    Plaintiffs,
v.

FEDERAL BUREAU OF PRISONS,

    Defendant.
_____

## ORDER DENYING MOTION TO INTERVENE
_____

    For the reasons stated in Defendant's Response to Docket Number 345 [Doc.347], it is

    ORDERED that the Motion to Intervene filed by Antoine Bruce [Doc. 345] is denied.

DATED:   April 7, 2016

        BY THE COURT:

        s/Richard P. Matsch

        _____
        Richard P. Matsch, Senior District Judge