IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01570-RPM

HAROLD CUNNINGHAM,
CARLTON DUNBAR,
PERCY BARRON,
ALPHONSO BLAKE,
JABBAR CURRENCE,
CARLTON DUNBAR,
SCOTT FOUNTAIN,
SEAN GILLESPIE,
CHARLES HIPPS,
RONNIE HOUSTON,
JOHN LAMB,
HERBERT PERKINS,
JOHN J. POWERS,
ARNELL SHELTON, and
MARCELLUS WASHINGTON,
each individually and on behalf of all others similarly situated,
and
CENTER FOR LEGAL ADVOCACY,
D.B.A. DISABILITY LAW COLORADO,

     Plaintiffs,
v.

FEDERAL BUREAU OF PRISONS,

     Defendant.
_____

## ORDER GRANTING MOTION TO STRIKE
_____

     For the reasons stated in Defendant's Motion to Strike Docket Number 346 [Doc.349], it is

     ORDERED that the motion is granted and the Third Amended Complaint tendered by Harold Cunningham [Doc. 346] is stricken.

DATED: April 13, 2016

    BY THE COURT:

    s/Richard P. Matsch

    _____
    Richard P. Matsch, Senior District Judge