IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01570-RPM

HAROLD CUNNINGHAM,
PERCY BARRON,
ALPHONSO BLAKE,
JABBAR CURRENCE,
CARLTON DUNBAR,
SCOTT FOUNTAIN,
SEAN GILLESPIE,
CHARLES HIPPS
RONNIE HOUSTON,
JOHN LAMB,
HERBERT PERKINS,
JOHN J. POWERS,
ARNELL SHELTON,
and MARCELLUS WASHINGTON,
each individually and on behalf of all others similarly situated,
and
CENTER FOR LEGAL ADVOCACY,
D.B.A. DISABILITY LAW COLORADO

       Plaintiffs,

vs.

FEDERAL BUREAU OF PRISONS,

       Defendant.
_____

**ORDER GRANTING PRELIMINARY APPROVAL OF SETTLEMENT TERMS AND PROPOSED NOTICE TO THE CLASS**
_____

       Pursuant to Fed. R. Civ. P. 23(e), and upon consideration of Plaintiffs' Motion for Preliminary Approval of Settlement Terms and Proposed Notice to the Class, and finding good cause therefore, it is ORDERED that the motion is GRANTED. The Court preliminarily approves the proposed settlement terms described in Plaintiffs' motion and the attachments thereto, subject to further evaluation and potential final approval following the hearing

scheduled for December 15, 2016. As soon as practicable after entry of this Order, the proposed notice attached to Plaintiffs' Motion as Exhibits 10 and 11 shall be distributed, and class members shall otherwise be notified, as set forth in Section 14 of Exhibit 1 to Plaintiffs' Motion for Preliminary Approval.

Dated: November 17, 2016.

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior United States Distric Judge