# ARNOLD & PORTER
# KAYE SCHOLER

January 3, 2017

Hon. Richard P. Matsch
Byron White Courthouse
1823 Stout Street, Second Flr.
Denver, CO 80294

      Re:    Cunningham et al. v. Federal Bureau of Prisons

Dear Hon. Matsch:

    Enclosed please find a flash drive containing an excel file of the final admitted exhibit list, as well as an electronic copy of all of the admitted exhibits.

Respectfully submitted,

*Portia Pullen*

Portia Pullen
Senior Legal Assistant

Enclosures

Arnold & Porter Kaye Scholer LLP
370 Seventeenth Street, Suite 4400  |  Denver, CO  80202-1370  |  www.apks.com
37473645v1